U.S. Department of Justice  
Washington, D.C.  
01/02/2013/bc

Criminal Docket

M-12-2645-M  
M-12-2646-M

CR. No. **M-13-70**

__McALLEN__ Division

**RANDY CRANE**

Judge: _____

**INDICTMENT** Filed: January 9, 2013  
County: Hidalgo  
Lions #:**2012R31911**

Attorneys:  
KENNETH MAGIDSON, U.S. ATTORNEY

UNITED STATES OF AMERICA

v.

JAMES STURGIS, ASST. U.S. ATTORNEY

JONATHAN CHRISTIAN TREVINO  
*Bond: 12/17/2012 -$100,000 w/10% cash deposit*  
ALEXIS RIGOBERTO ESPINOZA  
*Bond: 12/17/2012 -$100,000 w/10% cash deposit*  
FABIAN RODRIGUEZ  
*Bond: 12/17/2012 -$100,000 w/10% cash deposit*  
GERARDO MENDOZA-DURAN  
*Bond: 12/19/2012 -$100,000 w/10% cash deposit*

Cts. 1 & 6    Roberto J. Yzaguirre, Ret'd, (956) 682-4308

Cts. 1, 3-6    Adolfo "Al" Alvarez, Ret'd, (956) 686-3700

Cts. 1 & 6    Eric Samuel Jarvis, Ret'd, (956) 618-3211

Cts. 1-5    Derek Michael Harkrider, Apt'd, (956) 318-0877

Charge(s):

Ct. 1:  Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Ct. 2:  Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 20 kilograms of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 3:  Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 30 kilograms of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 4:  Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 9 kilograms of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 5:  Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 9 kilograms of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 6:  Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 7 kilograms of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Total Counts
**(6)**

Penalty:   Cts. 1 - 6:    Imprisonment for 10 yrs. to *Life and/or a $10,000.000.00 fine and at least a 5 yr. SRT (*MANDATORY MINIMUM)

Agency:    Federal Bureau of Investigation - Bennett Forrest - 2450-SA-2504856

Date                                    <u>Proceedings</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____