United States District Court
Southern District of Texas
FILED

JAN 24 2013

David J. Bradley, Clerk

THE STATE OF TEXAS )
)
COUNTY OF Hidalgo )

M-13-CR-070
(M-12-2646-M)

BEFORE ME, the undersigned authority, on this day personally appeared **Bennett Forrest,** known to me to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says:

"I am a **Special Agent** of the **Federal Bureau of Investigation,** assigned at **McAllen, Texas,** and that I investigated the case of the United States of America versus:

Jonathan Trevino, et al.                         YOB: 1984           USC

in case number **M-13-0070**  ; and from my investigation, it appears that:

Juan Vasquez-Vega                     YOB:1984           Mexican Citizen

are material witnesses in said cause and that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witness."

FURTHER AFFIANT SAYETH NOT.

_____
Bennett Forrest, FBI Special Agent

SUBSCRIBED AND SWORN TO BEFORE ME on this **24th day of January, 2013**

_____
Peter Ormsby
U.S. Magistrate Judge

Attachment "A"

United States District Court

Southern District Court

McAllen Division

On July 26, 2012, Juan Vasquez-Vieney Vega was arrested by members of the "Panama Unit" at the Matt's Cash and Carry located east of Cage Boulevard on Frontage Road, Pharr, Texas, for possession of controlled substance (cocaine). VEGA was in possession of two (2) kilograms of cocaine at the time of his arrest by the "Panama Unit". Vega was then transported to his apartment located south of Nolana Loop on McColl Road, McAllen, Texas, where his apartment was searched by the members of the "Panama Unit". The search of the apartment resulted in the finding of approximately $25,000.00.

On the same date VEGA was transported to the Mission Police Department where he was charged with possession of controlled substance.

Subsequent investigation into the arrest reveal that VEGA was not charged with full amount of the cocaine which he was in possession of or money laundering for the $25,000.00. Additional information obtained revealed that the members of the "Panama Unit" kept the $25,000.00 and sold the two (2) kilograms of cocaine which had been found on VEGA.