UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL NO. 7:13-CR-70 |
| ALEXIS RIGOBERTO ESPINOZA, *et al*, | § § | |
| Defendants. | § § § | |

## ORDER OF TEMPORARY COMMITMENT

TEMPORARY COMMITMENT OF:  **JUAN VASQUEZ-VEGA**
                                                     **MATERIAL WITNESS**

WHEREAS, the above-named individuals have been arrested upon the oath of  Bennett Forrest, FBI Special Agent, as it appears that they are material witnesses in the above-captioned case.

WHEREAS, the above-named individuals have no status to remain in the United States, and the court finds that there are no conditions or combination of conditions that will reasonably assure their appearance at future proceedings.

THEREFORE, the witnesses are committed to the custody of the Attorney General or his designated representative for confinement in a detention facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The witnesses shall be afforded a reasonable opportunity for private consultations with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the detention facility shall deliver the witnesses to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 1/29/2013

_____
Peter E. Ormsby
United States Magistrate Judge