UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-3 |
| | § | |
| FABIAN RODRIGUEZ | § | |

**ORDER SETTING HEARING
ON PRETRIAL RELEASE REVOCATION**

IT IS HEREBY ORDERED that this matter is hereby set for Hearing on Pretrial Release Revocation for February 14, 2013, at 11:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, to determine whether the Defendant's pretrial release should be revoked.

SO ORDERED this 7th day of February, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge