UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:13-CR-70 |
| § | |
| ALEXIS RIGOBERTO ESPINOZA, *et al*, § | |
| § | |
| Defendants. § | |
| § | |

**ORDER SETTING HEARING ON MOTION TO TAKE DEPOSITIONS OF MATERIAL WITNESS**

IT IS HEREBY ORDERED that this matter is set for hearing on Motion to Take Deposition of Material Witness on February 14, 2013, at 11:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

This hearing will be limited to determining a question of law, to wit: whether a deposition should be ordered pursuant to Rule 15 of the Federal Rules of Criminal Procedure. Accordingly, individual Defendants are excused from attending pursuant to Rule 43(b)(3), although they may attend if desired. Counsel for all Defendants are required to attend the hearing.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED this 6th day of February, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge