United States District Court
Southern District of Texas
FILED

FEB 14 2013

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | 7:13-CR-70 (7:12-MJ-2646) |
| JONATHAN TREVINO | § § | |

## ORDER

On the _14th_ day of _February_, 2013 came on to be heard the Material Witness motion to have his depositions taken by the Government and the Defendant, having considered the same, this Court is of the opinion that it should be in all things _Denied_, _for the reasons stated in open court on February 1, 2013._ ~~Depositions will be taken as follows:~~

~~JUAN VASQUEZ-VEGA:~~ _____

Done at McAllen, Texas, this _14_ day of _February_, 2013.

_____
JUDGE PRESIDING