IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs | § | Criminal Case No.   M-13-070-01 |
| | § | |
| FABIAN RODRIGUEZ | § | Proceeding: BOND REVOCATION HEARING |
| | § | |
| | § | Date:   February 14, 2013 |

## COURT LIST OF DEFENDANT'S EXHIBIT

| No. | DESCRIPTION | OFFERED | OBJ | ADMITTED | | DISPOSITION |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | YES | NO | |
| 1 | Print out of text messaging with John Carlos Trevino, 2 pages. | | | 2/14/2013 | | |
| | | | | | | |



