UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:13-CR-70-1, 2, 3 & 4 |
| | § | |
| JONATHAN CHRISTIAN TREVINO, | § | |
| ALEXIS RIGOBERTO ESPINOZA, | § | |
| FABIAN RODRIGUEZ, and | § | |
| GERARDO MENDOZA-DURAN | § | |

### ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Trevino's Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the unopposed Motion for Continuance, is hereby **GRANTED,** and this case is continued, as to all of the above named Defendants, for the reasons stated above.

It is further **ORDERED** that the Final Pretrial (previously set for March 1, 2013) in this case is hereby reset for May 3, 2013, at 9:00 a.m. and Jury Selection is hereby reset for May 7, 2013, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas, as to all of the above named Defendants.

The Clerk shall send a copy of this order to the Defendant, Defendants' counsel, and counsel for the Government.

SO ORDERED this 1st day of March, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge