U.S. Department of Justice  
Washington, D.C.  
03/04/2013/bc

**Criminal Docket**

M-12-2645-M, M-12-2646-M  
M-13-0133-M, M-13-0134-M

McALLEN Division  CR. No. M-13-0070-S1

**SUPERSEDING INDICTMENT** Filed: March 6, 2013  
**INDICTMENT** Filed: January 9, 2013  

Judge: Randy Crane

County: Hidalgo  
Lions #: 2012R31911  

UNITED STATES OF AMERICA

Attorneys:  
KENNETH MAGIDSON, U.S. ATTORNEY

v.

JAMES STURGIS, ASST. U.S. ATTORNEY

JONATHAN CHRISTIAN TREVINO   Cts. 1, 3-6, 12-14 Roberto J. Yzaguirre, Ret'd, (956) 682-4308  
Bond: 12/17/2012 -$100,000 w/10% cash deposit  
ALEXIS RIGOBERTO ESPINOZA   Cts. 1, 4, 9-14 Adolfo "Al" Alvarez, Ret'd, (956) 686-3700  
Bond: 12/17/2012 -$100,000 w/10% cash deposit  
FABIAN RODRIGUEZ   Cts. 1, 3-6, 12-13 Eric Samuel Jarvis, Ret'd, (956) 618-3211  
Bond: 12/17/2012 -$100,000 w/10% cash deposit  
GERARDO MENDOZA-DURAN   Cts. 1, 8-11 Derek Michael Harkrider, Apt'd, (956) 318-0877  
Bond: 12/19/2012 -$100,000 w/10% cash deposit  
FERNANDO GUERRA, SR.   Cts. 1, 3-5 & 7   Richard H. Garcia, Ret'd, (956) 682-9477  
Custody: 02/07/2013  
FERNANDO GUERRA, JR.   Cts. 1 & 2   Katherine G. Perez, Ret'd, (956) 381-1800  
Custody: 02/07/2013  
ALVARO GILBERTO DEHOYOS -WARRANT-  Cts. 1 & 2  
SALVADOR JOEL ARGUELLO -WARRANT-  Cts. 1, 3, 5-6, 13-14  
CLAUDIO ALBERTO MATA -WARRANT-  Cts. 1, 3 & 4  
ERIC MICHAEL ALCANTAR -WARRANT-  Cts. 1, 3-4 & 13

Charge(s):

Ct. 1:  Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.  
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Ct. 2:  Possession with intent to distribute more than 5 kilograms of cocaine, that is, approximately 32 kilograms of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 3:  Possession with intent to distribute more than 5 kilograms of cocaine, that is, approximately 7 kilograms of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 4:  Possession with intent to distribute 500 grams or more, that is, approximately 2 kilograms of a mixture or substance containing a detectable amount of cocaine.  
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Ct. 5:  Possession with intent to distribute 500 grams or more, that is, approximately 4 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Ct. 6:  Theft of Government Property.
Title 18, United States Code, Section 641 and 2.

Ct. 7:  Attempt to Possess with intent to distribute more than 5 kilograms of cocaine, that is, approximately 7 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 8:  Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 20 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 9:  Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 20 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 10: Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 9 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 11: Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 9 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 12: Attempt to aid and abet the possession with intent to distribute 5 kilograms or more, that is, approximately 20 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Ct. 13: Possession with intent to distribute 500 grams or more, that is, approximately 2 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

Ct. 14: Attempt to possess with intent to distribute 5 kilograms or more, that is, approximately 10 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Total Counts **(14)**

Penalty:  Cts. 1-3, 7-12, & 14:  Imprisonment for 10 yrs. to *Life and/or a $10,000,000.00 fine and at least a

|            | 5 yr. SRT (*MANDATORY MINIMUM) (as to each count) |
|---|---|
| Cts. 4, 5 &13: | Imprisonment for 5 yrs to 40 yrs and /or a $5,000.000.00 fine and at least a 4 yr. SRT (as to each count) |
| Ct. 6: | Imprisonment for not more than 10 yrs. and/or a $250,000.00 fine and at least a 3 yrs SRT. |

Agency:  Federal Bureau of Investigation - Bennett Forrest - 2450-SA-2504856
         Drug Enforcement Administration - Lyle Fattig - M5-12-0129

Date                                    Proceedings

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____