U.S. Department of Justice
United States Attorney

**MAGISTRATE**
**OCDETF**

# United States District Court
# SOUTHERN District of Texas
## McALLEN DIVISION

*FILED MAR - 6 2013, David J. Bradley, Clerk*

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | GRAND JURY NO. 13 |
| V. § | |
| § | CRIMINAL NO. M-13-0070-S1 |
| JONATHAN CHRISTIAN TREVINO, ET AL § | |

### ORDER FOR BENCH WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| **DEFENDANT** | **AMOUNT OF BAIL** |
|---|---|
| ALVARO GILBERTO DEHOYOS | NO BOND |
| SALVADOR JOEL ARGUELLO | NO BOND |
| CLAUDIO ALBERTO MATA | NO BOND |
| ERIC MICHAEL ALCANTAR | NO BOND |

ENTERED at McAllen, Texas, this 6th day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE