## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. 7:13-cr-00070-1 |
| | § | |
| JONATHAN CHRISTIAN TREVINO | § | |

### JENCKS MOTION

**JONATHAN CHRISTIAN TREVINO**, Defendant respectfully advises the Court of the following:

I.

Pursuant to the authority of Title 18, U.S.C.A. Section 3500 (The Jencks Act) and Rule 26.2 of the Federal Rules of Criminal Procedure the Defendants respectfully move the Court to order the United States Attorney or his Assistant to have available for use by the Defendant any written statement or statement of any witness or witnesses, which were made at any time previous to the time such witness testifies in this case, including but not limited to statements made before the Grand Jury, so that the Defendants may use the statement for the purpose of cross-examining such witness when and after such witness has testified on direct examination for the government.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this motion in all things be granted by the court and that the United States Attorney or his Assistant be so instructed.

Respectfully submitted,

YZAGUIRRE & CHAPA
6521 N. 10th, Suite A
McAllen, Texas  78504
(956) 682-4308
(956) 682-7864 (fax)

BY:  /s/ *Roberto J. Yzaguirre*
ROBERTO J. YZAGUIRRE
ADMISSIONS I.D. #4049
STATE BAR #22234000
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13TH day of March, 2013, a true and correct copy of the foregoing Jencks Motion was delivered to Mr. James Sturgis, Assistant United States Attorney, McAllen, Texas.

 /s/ *Roberto J. Yzaguirre*
ROBERTO J. YZAGUIRRE