UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | CR. NO. 7:13-cr-00070-1 |
| § | |
| **JONATHAN CHRISTIAN TREVINO** § | |

## MOTION TO REQUIRE DISCLOSURES OF
## CONFIDENTIAL INFORMERS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **JONATHAN CHRISTIAN TREVINO**, the Defendant in the above styled and numbered cause, and moves the Court to instruct the Government's Attorney to disclose identity and known address of informers or cooperating individuals upon whose information law enforcement officers may have brought charges against this Defendant, and as grounds therefore would show the Court as follows:

I.

That these individuals are believed to have participated in the commission of the alleged offense, and may have in fact brought about the consummation of proscribed activity.

II.

That these individuals are believed to have been present at the time of the offense in this indictment.

III.

That these subjects are factually material witnesses on the question of this Defendant's guilt or innocence on the offense

charged.

IV.

The informer's identity is necessary to the presentation of proof that the law enforcement officers did not rely upon credible information supplied by the informer.

V.

After having read through all the discovery material, it appears a significant witness that can make an affirmative link between the narcotics and the Defendants herein, if any, is the informant; particularly with reference to any Defendant whom may claim mere presence by any knowledge.

VI.

That to deprive the Defendant of the identity, address and present location of said informer will deny the Defendant the right to present said informer as a witness in the Defendant's behalf during the hearing on guilt-innocence in order to establish the Defendant's innocence and therefore will deprive the Defendant of the right to present witnesses in his favor.

VII.

That if the Defendant is deprived of the identity, address and present location of said informer, the Defendant's rights under the Fifth, Fourth, and Fourteenth Amendments of the United States Constitution, will be violated.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that this Honorable Court instruct the United States Attorney to

disclose the true identity, address and present location of said informer or informers in this cause in order to permit the Defendant to apply for a subpoena to secure his attendance at trial.

                                        Respectfully submitted,

                                        YZAGUIRRE & CHAPA
                                        6521 N. 10th, Suite A
                                        McAllen, Texas  78504
                                        (956) 682-4308
                                        (956) 682-7864 (fax)

                                 By:   */s/Roberto J. Yzaguirre*
                                   ROBERTO J. YZAGUIRRE
                                          ADMISSIONS I.D. #4049
                                          STATE BAR #22234000
                                   ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Motion to Require Disclosures of Confidential Informers was this  13th  day of March, 2013, delivered to Mr. James Sturgis Assistant United States Attorney, McAllen, Texas.

                                          */s/Roberto J. Yzaguirre*
                                   ROBERTO J. YZAGUIRRE