UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-5 |
| | § | |
| FERNANDO GUERRA SR | § | |

**O R D E R**

The Defendant having been adjudicated GUILTY in this cause, it is hereby ORDERED as provided by Local Rule 32 of the Southern District of Texas,

1. That the investigation and preparation of the pre-sentence report be completed **August 6, 2013**.  (35 days)

2. THAT IMMEDIATELY THEREUPON THE PRE-SENTENCE REPORT SHALL BE MADE AVAILABLE TO THE DEFENSE COUNSEL AND COUNSEL FOR THE GOVERNMENT WHO MUST OBTAIN THE REPORT AT THE PROBATION OFFICE IN THE CITY OF THE SENTENCING COURT EITHER PERSONALLY OR THROUGH AN AGENT.  ALTERNATIVE DELIVERY VIA EXPRESS MAIL, MESSENGER, OR CERTIFIED MAIL IS AUTHORIZED, PROVIDED COUNSEL MAKE ARRANGEMENTS FOR THE DELIVERY, AT HIS/HER OWN EXPENSE, AND CONFIRM THOSE ARRANGEMENTS IN WRITING WITH THE PROBATION OFFICER ASSIGNED TO THE CASE.  DELIVERY VIA FACSIMILE IS NOT AUTHORIZED. ALTERNATIVE DELIVERY EXTENDS NO TIME LIMITS.

3. That counsel shall file objections in writing to the report (including the alleged facts of the offense and application of the sentencing guidelines) **August 20, 2013**.  If there is no objection, likewise a statement of non-opposition signed by Counsel and the Defendant shall be filed.  (14 days)

4. That after further investigation the pre-sentence officer shall submit a final report by **September 3, 2013**.  (14 days)

5. That this case is set for sentencing hearing on **Tuesday, September 10, 2013 at 2:00 P.M.** (7 days)

SO ORDERED this 18th day of July, 2013, at McAllen, Texas.

Randy Crane
United States District Judge