UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-2 & 12 |
| | § | |
| ALEXIS RIGOBERTO ESPINOZA and | § | |
| JORGE GARZA | § | |

## ORDER EXCUSING JURORS

With the consent of the above named Defendants and the Government through their attorneys of record, it is ORDERED that the following prospective jurors are excused for good cause shown:

Juror Nos. 3, 4, 9, 11, 15, 20, 39, 42, 44, 46, 69 & 70.

It is further ORDERED that the Clerk of Court advise each of the above respective jurors that they are excused from further jury service in this cause.

SO ORDERED this 18th day of July, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge