UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-2 & 12 |
| | § | |
| ALEXIS RIGOBERTO ESPINOZA and | § | |
| JORGE GARZA | § | |

## ORDER PRESERVING CONFIDENTIALITY OF JURY QUESTIONNAIRE

The Court is this day releasing to the attorneys for the Government and each of the above named defendants the Juror Questionnaire that has been completed by members of the jury panel. The Court ORDERS that the information contained in the Questionnaire be kept confidential and the attorneys are prohibited from disclosing the contents of any Questionnaire to anyone other than the Defendant or an Assistant U.S. Attorney assisting in the prosecution of this matter. Each Defendant and any additional AUSA is also prohibited from disclosing the contents of the Questionnaire to anyone other than the attorney of record in this cause. No copies may be made of the Questionnaire and all Questionnaires must to be returned to the Court for shredding upon completion of the jury selection process, a plea of guilty, a dismissal of all charges or further order of this court – whichever occurs first

SO ORDERED this 18th day of July, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge