UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-2 |
| | § | |
| ALEXIS RIGOBERTO ESPINOZA | § | |

## ORDER

The above Defendant's Motion Requesting Permission to Extend Hours [Doc. #302], having been presented to the Court, and the Court having considered same, it is hereby ORDERED the same be and the same is hereby GRANTED, and Defendant is allowed to leave his home at 2:00 p.m. and return at 9:00 p.m. on Saturday, July 27, 2013.  All other conditions of pre-trial release remain as previously ordered.

SO ORDERED this 25th day of July, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge