United States District Court
Southern District of Texas
FILED

JUL 30 2013

David J. Bradley, Clerk

# UNITED STATE DISTRICT COURT

__Southern__ DISTRICT OF __TEXAS__

United States of America

V.

Jorge Garza

EXHIBIT AND WITNESS LIST

Case Number M-13-0070-S2-12

| PRESIDING JUDGE<br>Randy Crane | PLAINTIFF'S ATTORNEY<br>James Sturgis | DEFENDANT'S ATTORNEY<br>Lilly A. Gutierrez |
|---|---|---|
| TRIAL DATE(S)<br>July 30, 2013 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Criminal complaint M-13-0516-M-02 |
| | 2 | | | | Superseding Indictment M-12-1136-S2 |
| | 3 | | | | Notice of Plea Agreement M-12-1136-S2-07 |
| | 4 | | | | Notice of Plea Agreement M-12-1136-S2-03 |
| | 5 | | | | Notice of Plea Agreement M-12-1136-S2-08 |
| | 6 | | | | Notice of Plea Agreement M-13-0070-S2-06 |
| | 7 | | | | Notice of Plea Agreement M-13-0070-S2-05 |
| | 8 | | | | Notice of Plea Agreement M-13-0070-S2-11 |
| | 9 | | | | Notice of Plea Agreement M-13-0070-S2-03 |
| | 10 | | | | |
| | 11 | | | | |
| | 12 | | | | |
| | 13 | | | | |
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | | |
| | 17 | | | | |
| | 18 | | | | |
| | 19 | | | | |
| | 20 | | | | |
| | 21 | | | | |
| | 22 | | | | |
| | 23 | | | | |
| | 24 | | | | |
| | 25 | | | | |
| | 26 | | | | |
| | 27 | | | | |
| | 28 | | | | |
| | 29 | | | | |
| | 30 | | | | |