UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 6 2013

David J. Bradley, Clerk

UNITED STATES OF AMERICA §
§
VS. § CRIMINAL ACTION NO. 7:13-CR-70-12
§
JORGE GARZA §

## SPECIAL VERDICT

**WE, THE JURY, FIND:**

THE DEFENDANT, **JORGE GARZA**,

___Guilty___ as to **Count One**, as charged in the indictment.
*(Insert "Guilty" or "Not Guilty")*

*If you find the Defendant guilty as to Count One, please answer the following:*

Do you find beyond a reasonable doubt that the overall scope of the conspiracy involved at least 1,000 kilograms of marijuana?

___Yes___ *(Insert "Yes" or "No")*

If No, do you find beyond a reasonable doubt that the overall scope of the conspiracy involved at least 100 kilograms of marijuana?

_____ *(Insert "Yes" or "No")*

___[signature]___   ___08-06-2013___
FOREPERSON'S SIGNATURE   DATE