UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs | § | CRIMINAL NO. 7:13-CR-70-S1-12 |
| | § | |
| JORGE GARZA | § | |

**ORDER**

The jury in the captioned case, having retired to deliberate, on August 6, 2013, the United States Marshal is ORDERED to provide the jury panel, consisting of twelve (12) members with their meal on the 6th day of August, 2013.

A copy of this Order will be directed by the Clerk to the Financial Section.

SO ORDERED this 7th day of August, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge