UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-10 |
| | § | |
| ERIC MICHAEL ALCANTAR | § | |

## ORDER

CAME ON TO BE CONSIDERED Defendant Alcantar's Unopposed Motion to Modify Bond Conditions to Allow Travel, and the Court after considering the same, is of the opinion that same should be GRANTED.

The bond conditions are hereby modified to allow Mr. Alcantar to travel to the ACTS Church retreat from August 15, 2013 through August 18, 2013, in San Juan, Texas.

SO ORDERED this 15th day of August, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge