UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-12 |
| | § | |
| JORGE GARZA | § | |

### ORDER GRANTING EXTENSION OF TIME

The Court, having considered the Amended Motion for Extension of Time to file Motion for New Trial (Docs. 320, 321), finds that it is meritorious and should be Granted. Accordingly,

Defendant is GRANTED until September 3, 2013, within which to file his Motion for New Trial.

Additionally, the Court will provide to Counsel for Defendant and Government redacted copies of Juror Questionnaires for Jurors Numbers 1 and 36 (See Doc. 323). The names of the Jurors shall be kept confidential by Counsel, shall not be disclosed to anyone, and such jurors shall only be referred to by their Juror Number unless otherwise permitted by the Court.

SO ORDERED this 23rd day of August, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge