UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-12 |
| | § | |
| JORGE GARZA | § | |

### ORDER SETTING HEARING ON PENDING MOTIONS

IT IS HEREBY ORDERED that this matter is set for hearing on all of Defendant's post-trial motions on October 1, 2013, at 10:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED this 9th day of September, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge