United States District Court
Southern District of Texas
FILED

SEP 13 2013

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CASE NO. 7:13-cr-00070 |
| ALEXIS RIGOBERTO ESPINOZA | § | |

**ORDER** *Unopposed*

The foregoing Motion Requesting Permission to Extend Hours, having been presented to the Court, and the Court having considered same, it is hereby ORDERED the same be and the same is hereby GRANTED, and Defendant is allowed to leave his home at 6:30 p.m. and return at 10:45 p.m. on Friday, September 13, 2013.

*All other conditions remain unchanged. pso*

SIGNED FOR ENTRY on this 13th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE