UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:13-CR-70-12 |
| § | |
| JORGE GARZA § | |

## ORDER RESETTING MOTION HEARING

IT IS HEREBY ORDERED that this matter (previously set for October 1, 2013) is hereby reset for motion hearing on October 9, 2013, at 2:00 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 1st day of October, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge