UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70 |
| | § | |
| ALEXIS RIGOBERTO ESPINOZA, *et al*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER SETTING HEARING ON INTERVENOR GR INVERSIONES L.L.C.'S MOTION FOR ANCILLARY HEARING**

IT IS HEREBY ORDERED that this matter is set for ancillary hearing on October 17, 2013, at 8**:**30 a.m**.** before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

This is a CIVIL HEARING ONLY AS TO GR INVERSIONES L.L.C, and DEFENDANTS and DEFENDANTS' COUNSEL ARE NOT REQUIRED TO ATTEND.

SO ORDERED this 8th day of October, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge