UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| VS. | § CRIMINAL ACTION NO. 7:13-CR-70 § |
| ALEXIS RIGOBERTO ESPINOZA, et. al., Defendants, | § § § |

## GOVERNMENT'S RESPONSE TO PETITION OF GR INVERSIONES LLC FOR ANCILLARY HEARING AND ADJUDICATION OF INTEREST

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas, Kenneth Magidson, and the undersigned Assistant United States Attorney, and files this Notice in response to the Petition of GR INVERSIONES LLC, acknowledging their legal interest in the following real properties identified below:

**All of Lot 401, BRENDA RANCHETTES, Hidalgo County, Texas, according to map recorded in Volume 39, Page 60, Map Records, Hidalgo County, Texas.**

The United States does not dispute Petitioner's secured interest in the real property to the extent of the unpaid note balance with accrued interest. (Dkt. 365 at para. 4) Pursuant to a final order of forfeiture, the United States expects to pay Petitioner's mortgage lien balance with accrued interest and all accrued ad valorem taxes from proceeds of the sale of the real property after expenses related to preserving, maintaining and selling the property have been paid.

Because the United States recognizes the interest of Petitioner in the ancillary phase of these criminal proceedings, the government submits that there is no need for the ancillary hearing scheduled for October 17, 2013.

                    Respectfully Submitted,

                    KENNETH MAGIDSON
                    UNITED STATES ATTORNEY

BY:   /S/ Mary Ellen Smyth
                    Assistant U.S. Attorney
                    State Bar No. 18779100
                    Southern Adm. No. 31348
                    1100 Matamoros, Suite 200
                    Laredo, Texas 78040
                    (956) 723-6523

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the forgoing Response to the ancillary claim of Petitioner GR INVERSIONES L.L.C. was delivered to Patricia Rigney, attorney for Petitioner, by electronic transmission via the Court's electronic case filing (ECF) on this 8th day of October, 2013.

Mary Ellen Smyth
Assistant United States Attorney