UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIM. NO. 7:13-CR-70-1, 2, 3, 4, 5, 6, 7, 8, |
| § | 9, 10, 11 & 12 |
| JONATHAN CHRISTIAN TREVINO, § | |
| ALEXIS RIGOBERTO ESPINOZA, § | |
| FABIAN RODRIGUEZ, § | |
| GERARDO MENDOZA-DURAN, § | |
| FERNANDO GUERRA, SR., § | |
| FERNANDO GUERRA, JR., § | |
| ALVARO GILBERTO DEHOYOS, § | |
| SALVADOR JOEL ARGUELLO, § | |
| CLAUDIO ALBERTO MATA, § | |
| ERIC MICHAEL ALCANTAR, § | |
| JAMES PHIL FLORES, and § | |
| JORGE GARZA § | |

## ORDER GRANTING CONTINUANCE REQUESTS
## AND RESETTING SENTENCING HEARINGS

Numerous of the Defendants in this matter have filed requests for continuances which the Government concedes are necessary. Accordingly, it is hereby ORDERED that this matter (previously set for October 17, 2013) is reset for sentencing on December 19, 2013, at 8:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 11th day of October, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge