UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-5 |
| | § | |
| FERNANDO GUERRA, SR, | § | |

## ORDER RESETTING HEARING ON INTERVENOR GR INVERSIONES L.L.C.'S MOTION FOR ANCILLARY HEARING

IT IS HEREBY ORDERED that this matter (previously set for October 17, 2013) is reset for ancillary hearing on December 19, 2013, at 8:15 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

This is a CIVIL HEARING ONLY AS TO GR INVERSIONES L.L.C, and the Government and DEFENDANTS' COUNSEL ARE NOT REQUIRED TO ATTEND.

SO ORDERED this 15th day of October, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge