UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MC ALLEN DIVISION

UNITED STATES OF AMERICA,    )    CASE NO:  7:13-CR-070-12
    )
          Plaintiff,    )        CRIMINAL
    )
    vs.    )      McAllen, Texas
    )
JORGE GARZA,    )    Friday, August 2, 2013
    )  ( 9:03 a.m. to 10:15 a.m.)
         Defendant.    )  (10:34 p.m. to 11:14 a.m.)

TESTIMONY OF FABIAN RODRIGUEZ DURING JURY TRIAL - DAY 4

BEFORE THE HONORABLE RANDY CRANE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Plaintiff:        JAMES STURGIS, ESQ.
        ANIBAL ALANIZ, ESQ.
        Assistant United States Attorney
        1701 W. Business Hwy. 83
        Suite 600
        McAllen, Texas 78501

For Defendant:        LILLY A. GUTIERREZ, ESQ.
        4901 S. Jackson Rd.
        Edinburg, TX 78539

Court Recorder:        Richard Cortez

Transcribed By:        Exceptional Reporting Services, Inc.
        P.O. Box 18668
        Corpus Christi, Texas 78480-8668
        361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

<u>INDEX</u>

| <u>DEFENSE WITNESS</u> | <u>DIRECT</u> | <u>CROSS</u> | <u>REDIRECT</u> | <u>RECROSS</u> |
|---|---|---|---|---|
| FABIAN RODRIGUEZ | 4/63 | 90 | 93 | |

| <u>DEFENDANT'S EXHIBITS</u> | <u>RECEIVED</u> |
|---|---|
| 11 | 24 |
| 9 | 25 |

1          **McAllen, Texas; Friday, August 2, 2013; 9:03 a.m.**

2          **(Partial transcript; testimony of Fabian Rodriguez)**

3          **(Jurors present)**

4          **MS. GUTIERREZ:**  Fabian Rodriguez.

5          **THE COURT:**  All right.  Mr. Rodriguez, if you could

6    please step forward.  Mr. Rodriguez, before you testify, I need

7    to have the oath administered to you, so if you could just

8    raise your right hand and --

9          **MR. RODRIGUEZ:**  Yes, sir, good morning.

10          **THE COURT:**  -- be administered -- good morning.

11          **FABIAN RODRIGUEZ, DEFENDANT'S WITNESS, SWORN**

12          **THE COURT:**  All right.  Mr. Rodriguez, if you can be

13    seated over here.  Can I get both lawyers to turn the

14    microphones towards them so we can pick up audio a little

15    better?  And Ms. Gutierrez, whenever you're ready, you may

16    proceed.

17          **MS. GUTIERREZ:**  Thank you, your Honor.  Good morning,

18    Mr. Rodriguez.

19          **THE WITNESS:**  Good morning.

20          **MS. GUTIERREZ:**  I sometimes -- I've been calling you

21    Fabian because I know someone named Fabian.  But are we -- they

22    go -- you go by Fabian?

23          **THE WITNESS:**  By both.

24          **MS. GUTIERREZ:**  Okay, great.

25    //

1                    **DIRECT EXAMINATION**

2    **BY MS. GUTIERREZ:**

3    Q    Mr. Rodriguez, you are a co-defendant in this case; is

4    that correct?

5    A    Yes, ma'am.

6    Q    And you are not here to testify on behalf of -- well, you

7    -- you're not here to -- the Government hasn't called you here

8    to testify, correct?

9    A    No, ma'am.  You called me.

10   Q    And you were part of the Panama Unit; is that correct?

11   A    Yes, ma'am.

12   Q    And prior to being part of the Panama Unit, you worked as

13   a deputy with the Hidalgo County Sheriff's Office; is that

14   correct?

15   A    Correct.

16   Q    When did you start with the Hidalgo County Sheriff's

17   Office?

18   A    March of 2005.

19   Q    Where did you work prior to that?

20   A    I worked at my uncle's tire shop and a detention center in

21   La Villa.

22   Q    And so 2005 was the first time that you were employed as a

23   law enforcement officer?

24   A    Well, I was a correction officer, so -- before that.

25   Q    When you worked at the detention center?

1   A    Correct.

2   Q    How long were you at the detention center in La Villa?

3   A    I was there from 2003 to 2004 more or less.

4   Q    And was that the -- your first job with law enforcement?

5   A    Correct.

6   Q    And so when you began working with the Hidalgo County

7   Sheriff's Office, what was your position?

8   A    Detention officer at the jail.

9   Q    Does everyone start a detention officer?

10  A    Not everybody, but I did.  You know, I mean, it's 50/50.

11  Q    And how long did you -- were you a detention officer?

12  A    I was there about a year and a half.  Then I went to the

13  Sheriff's Academy there at the Hidalgo County Sheriff's Office.

14  Q    Okay.  So you -- so about 2007 you went to the Sheriff's

15  Academy?

16  A    Correct.

17  Q    And what is the Sheriff's Academy?

18  A    It's a peace officer academy.  You can become a police

19  officer.

20  Q    So when you were a detention officer, what were you

21  considered, if not a peace officer?

22  A    Detention officer.

23  Q    And how long is the Sheriff's Academy?

24  A    Around six months.

25  Q    And when you came out of that, were you -- did you come

1    out as a peace officer?

2    A    Correct.  I went to -- as a patrol deputy.

3    Q    And so was that still in 2007, or 2008?

4    A    Both 2007, 2008, yeah.

5    Q    How long were you a patrol deputy?

6    A    About another almost two years, and then I got transferred

7    to the courthouse as courthouse security.

8    Q    So then about 2010 you were courthouse security?

9    A    Correct.

10   Q    And how long were you at courthouse security?

11   A    About another year, and then I went to patrol about a --

12   for a month or two, and then I went to Crime Stoppers.

13   Q    So you say that some time in 2011 is when you were at

14   Crime Stoppers?

15   A    I believe so.

16   Q    And how is it that you came to be with the Crime Stoppers'

17   Division?

18   A    I was recruited by J.P. Flores and Commander Padilla.  And

19   at the time, Sergeant Cantu as well.

20   Q    And was that considered a promotion?

21   A    Correct.

22   Q    So you earned more money at the time?

23   A    Correct.

24   Q    And when you say "recruited," what do you mean?  They

25   needed people and so they picked you as one of those people, or

Rodriguez - Direct / By Ms. Gutierrez                    7

1    they just liked you and they wanted you in that position?

2    A    I was part of the group, and campaigning was starting to

3    start up again, and they needed me more accessible, because

4    patrol deputies, you know, they work weekends, holidays, and

5    all hours, so they wanted something eight to five where I could

6    get away and help them out campaign wise.

7    Q    Okay.  And what kind of things -- in what ways would you

8    help out campaign wise?

9    A    I was the representative from my area, the delta area, so

10   I would handle a lot of the (speaks Spanish), signs, bumper

11   stickers.  Mainly I was in charge of that whole area, like

12   campaign wise.  Also helped -- I would help commander recruit

13   new deputies, deputies in the academy, and I would assist him

14   in all those other things as well.

15   Q    And when you say "commander," you're talking about

16   Padilla, right?

17   A    Commander Joe Padilla, sorry.

18   Q    So you worked closely with Joe Padilla, correct?

19   A    On a daily basis, correct.

20   Q    And you worked closely with J.P. Flores, correct?

21   A    Yes.  And Jerry Del Angel.

22   Q    And Jerry Del Angel.  And for a short period of time,

23   there was an Eddie Rodriguez (phonetic), correct?

24   A    Correct.  When I got there, he was there maybe about four

25   months, and then he was moved out.

Rodriguez - Direct / By Ms. Gutierrez                    8

1   Q    At any point within the department did you work with Jorge

2   Garza?

3   A    We'd do funeral escorts and he was close to J.P., so he

4   was always in and out of our office.

5   Q    But he didn't work in your division, correct?

6   A    No, ma'am.

7   Q    Okay.  And he -- and Mr. Garza wasn't part of your group,

8   correct?

9   A    Yes.  He was always involved with us.  He was always

10  involved like in -- we had a cook fight -- a cook off.  We had

11  any events, night out, whatever, he was always there as well.

12  Q    Well, right.  But what I mean is as far as working closely

13  with Joe Padilla.

14  A    Yeah.  He was.  He was considered part of the group.

15  Q    Okay.  So then Mr. Garza reported to Mr. Padilla?

16  A    He was in special services, so in a way, yes.

17  Q    Joe Padilla was a supervisor of special services, correct?

18  A    Correct.

19  Q    And because Mr. Garza worked in civil division that fell

20  under special services, he reported to Padilla, correct?

21  A    Well, not -- let me clear a little bit.  Like Padilla had

22  his circles of who's his group was.  You know what I mean?

23  Q    Okay.

24  A    He had an inner circle that would be like me, J.P.,

25  Orlando Cantu, Jerry.  Then he had an outer circle like Jorge,

Rodriguez - Direct / By Ms. Gutierrez                    9

1   other deputies.  Right now I can't -- Jorge Vargas (phonetic) -

2   - there was a bunch of other deputies.  You know, I mean, those

3   -- you know, that Padilla could call them upon -- to help him

4   out with anything.  You know what I mean?  With fundraising or

5   what not.

6   Q    Okay.  And by fundraising, you're talking about going out

7   to polls, selling fundraising tickets, DJ'ing at events,

8   preparing the food and sodas, the --

9   A    Yes, ma'am.

10  Q    Okay.  And from what I understand, that was -- that

11  occurred pretty frequently.  It wasn't just once a year,

12  correct?

13  A    No.  It was year round.

14  Q    Okay.  So the Hidalgo County Sheriff's Office was having

15  events also that were apart and separate from campaign

16  fundraisers, right?

17  A    It would intertwine, like -- because special service has

18  to do a lot with community outreach.

19  Q    Okay.

20  A    So a lot of times we had events with community outreach,

21  and that's with Crime Stoppers, and a lot of the special

22  services deputies would get asked to help out.  And then also

23  as well campaigning.  So it always mixed up a little bit at

24  times.

25  Q    And when you say deputies were asked to help out, a lot --

Rodriguez - Direct / By Ms. Gutierrez                10

1    practically every deputy had to participate in some way or

2    another, correct?

3    A    Correct.

4    Q    Okay.  It wasn't just you guys at Crime Stoppers.  It was

5    pretty much across the board that everyone had to participate

6    in it somehow.

7    A    Yes.  Everybody mostly in special services had to do their

8    part.

9    Q    And so are you saying that -- because detention is not

10   part of special services, correct?

11   A    What's that?

12   Q    Detention is not part of special services.

13   A    No, ma'am.

14   Q    Okay.  But didn't the deputies at detention also have to

15   participate?

16   A    Yes.  He would use -- commander would use me to make

17   contact with jailers and people in the academy to try to

18   recruit them for -- to be part of the group like politically

19   and stuff like that.

20   Q    Okay.  And so pretty much this participation in these

21   events and campaigning, that pretty much reached out to --

22   across the board to everyone at the county, correct?

23   A    Correct.  Each commander had their, I guess, people, a

24   list of, "These are my deputies," and the other commanders

25   would have, "These are my guys."  So when the Sheriff needed

Rodriguez - Direct / By Ms. Gutierrez          11

1    something, he called upon the commanders, and each one would

2    get their people to help out and volunteer whatever they needed

3    to do.

4    Q    Sounds a little bit like high school.  There's a group

5    here, a group there.

6    A    Correct.

7    Q    Yeah.

8    A    A lot like high school.  And you would have the commanders

9    actually fighting for deputies, like, "No, that's my guy.  You

10   can't use him," or vice versa.

11   Q    Okay.

12   A    Or, "What is Fabian talking -- what is Fabian doing

13   talking to my patrol deputy.  He shouldn't be talking to my" --

14   like one commander would tell like Commander Joe Padilla.  And

15   there would always be friction and stuff like that.

16   Q    Okay.  So there was territory issues, there were personnel

17   issues --

18   A    Correct.

19   Q    Okay.  And wouldn't you say that Commander Joe Padilla ran

20   a very tight ship?

21   A    Very.

22   Q    You could even say that he ran it with an iron fist,

23   right?

24   A    He would put fear in you.  You do -- you play ball with

25   him or you're out.  You know what I mean?  You're sent back to

1  patrol or you're not going to have the privileges, you're not

2  going to be able to leave early, or what not, stuff like that.

3  You know what I mean?  You have to be by his rules.

4  Q    Okay.  And did that breed a culture of fear within the

5  Hidalgo County Sheriff's Office?

6  A    Everybody -- a lot of people feared Commander Padilla.

7  Q    And wouldn't you say that even though you were in his

8  inner circle, you still feared him to some extent?

9  A    Yes, ma'am.

10  Q    And so even though you were very close to him, you would -

11  - I imagine you would hesitate to tell him no.

12  A    Correct.  Why I'm fearing myself telling this right now as

13  well.

14  Q    Oh, really?  So as you sit here right now, you're in fear,

15  correct?

16  A    To a certain face, yeah.

17  Q    There was some discussion about -- well, you mentioned

18  about the Delta Lake area and going -- you were in charge of

19  (speaks Spanish); is that what you said?

20  A    Correct.

21  Q    Okay.  And so, during the time that you would use your

22  time to assist with the campaign of the Sheriff, is that -- was

23  that using your comp time?

24  A    We would make up comp time to go and -- to campaign stuff,

25  what not.

Rodriguez - Direct / By Ms. Gutierrez          13

1  Q    Okay.  And so by making up comp time, that means that you

2  would work extra so that you would have hours on reserve, and

3  then you could use those hours in order to campaign, correct?

4  A    We would alter the comp time sheets to say that we stayed

5  late and what not.

6  Q    Okay.  And that was at the direction of who?

7  A    Commander Padilla.  He would get other -- if you ever seen

8  one of our comp time slips, it has like a supervisor and then

9  like a department head, and he would kind of like -- have like

10 Sergeant Cantu sign the immediate supervisor part and then he

11 would give it to a captain to sign the other one under

12 (indiscernible) he would actually give it to him, "Here, sign

13 this," because he wouldn't want to put his name on it because

14 he didn't want it to come back to him.

15 Q    Okay.  So he was very careful about leaving a paper trail

16 that led back to him, correct?

17 A    Very careful.

18 Q    Okay.  And isn't it true that when Padilla would give a

19 document to someone to sign, that person that was told to sign

20 it probably wouldn't even read it, they'd just sign it?

21 A    Correct.

22 Q    And so to that extent, Padilla pretty much had free reign

23 of doing whatever he wanted to, for two reasons:  because he

24 was the Sheriff's right-hand man, and also because he put fear

25 in people.

1   A    Correct.

2   Q    And when you state how you, J.P. Flores, and Jerry Del

3   Angel were in his inner circle, what did that mean?  That you

4   guys would hang out together outside of work, or --

5   A    We would have a daily briefing and debriefing every single

6   -- in the morning and afternoon.  And we're his go-to guys.

7   You know what I mean?  Like Jerry Del Angel was used to take

8   his shoes to the mall and get shined or dry cleaners, do all

9   his personal errands.  And --

10  Q    And that -- go ahead.  I'm sorry.

11  A    And he would use me like go pay -- I would go like to the

12  county's office, "Go pay my taxes," stuff like that.  And he

13  would use J.P. as well.  J.P. would do all his budgeting and

14  all the office work for him.

15  Q    So you were kind of like personal assistants?

16  A    Personal assistant, and I was like -- me more than J.P.

17  and Jerry, political -- anything the Sheriff needed

18  politically, he would tell Joe and then Joe would tell me,

19  "Hey, take care of this.  This is what we need to do."  And I

20  would go out and do it.  And lots of time I would even do it on

21  county time.

22  Q    And so -- and that was my next question, does, "Go get my

23  shoes shined, go to the mall, pay taxes," that was all done

24  during working hours, correct?

25  A    Correct, in uniform and (indiscernible) too.

Rodriguez - Direct / By Ms. Gutierrez          15

1    Q    But you felt pretty safe doing work -- doing personal

2    stuff for Joe Padilla and the Sheriff during working hours

3    because they're the ones that --

4    A    They are my bosses.

5    Q    -- instructed you to go, correct?

6    A    Correct.

7    Q    Okay.  However, you wouldn't feel comfortable doing your

8    own personal stuff during work time; or did they allow you to

9    do that, too?

10   A    We did, but we had to tell him what we were going to do.

11   Q    Okay.  So you were able to do your own personal stuff, so

12   long as Padilla, the Sheriff, knew about it?

13   A    Correct.

14   Q    So Padilla was -- the purpose for the -- what did you say

15   -- the briefings in the morning and the afternoon were because

16   Mr. Joe Padilla wanted or needed to know what had transpired

17   from the last briefing, which occurred at the end of the day,

18   overnight to the morning, correct?

19   A    Yes.  And also to give our assignments for the day.

20   Q    Okay.

21   A    I mean, "I need this done," or whatever.  "Fabian, go

22   check out a location where we need to put a sign" or what not.

23   Basically my sole purpose in Crime -- when I was at Crime

24   Stoppers was 50 percent politics, and the other percent actual

25   work for the Sheriff's Office.

Rodriguez - Direct / By Ms. Gutierrez                16

1   Q    Well, describe to me some of the actual Sheriff's Office

2   work that you did.

3   A    I would work Operation APE, and I would go out in a marked

4   unit, conduct traffic stops, and what not.  And during that

5   time, that's when I started kind of helping out the Panamas as

6   a marked unit and what not.  And the other 50 percent was all

7   politics.

8   Q    Okay.  You -- and the politicking, you've already

9   explained, where you need to put a campaign sign or --

10  A    Yeah.

11  Q    -- you need to go deal with the (speaks Spanish)

12  A    Correct.  Prior to me going to Crime Stoppers, that

13  position wasn't even open.  They actually created that position

14  for my -- for me.

15  Q    And that was because they needed some more manpower; is

16  that correct?

17  A    Manpower and they needed somebody to help them with

18  politics, because that's when it was really getting to start.

19  Q    But that's what I mean, they needed more manpower and --

20  for the purposes of the politicking and campaign was gearing

21  up, correct?

22  A    Correct.

23  Q    Were you -- did you have free choice of who you could vote

24  for?

25  A    I always support the Sheriff.

Rodriguez - Direct / By Ms. Gutierrez                17

1  Q    Okay.  Did you feel that you would get in trouble if you

2  didn't?

3  A    It was never an option.  I mean, I wanted to help the

4  Sheriff out.

5          THE COURT:  We're getting a little --

6  Q    It was never an issue for you.  You --

7  A    Yeah.

8  Q    -- were always.

9          THE COURT:  All right.  We're getting a little --

10 relevance -- we're getting a little far afield here.

11 BY MS. GUTIERREZ:

12 Q    So when you were working in the APE operation, you said

13 that you would conduct traffic stops; is that right?

14 A    Correct.

15 Q    And what does A-P-E stand for?

16 A    It's Awareness Protection Enforcement.

17 Q    What kind of vehicle would you drive when you were in a

18 marked unit?

19 A    An Expedition with a -- a marked Expedition with patrol

20 lights and everything.

21 Q    And what color was it?

22 A    White, the standard color of the Sheriff's Office unit.  I

23 had two units.  I had a marked unit and an unmarked.

24 Q    What did Jerry Del Angel drive?

25 A    Jerry Del Angel had a pickup.

Rodriguez - Direct / By Ms. Gutierrez                18

1   Q    Was that his personal vehicle?

2   A    No.  It was a department vehicle as well.

3   Q    But it was unmarked?

4   A    Unmarked.

5   Q    When you went to Panama Unit, did you take your Expedition

6   with you, the marked Expedition?

7   A    No.  I left it behind.  I just took the unmarked that I

8   had.

9   Q    Okay.  So then that -- it was a Ford Expedition, correct?

10  A    Yes.

11  Q    That Ford Expedition remained there with Crime Stoppers;

12  is that correct?

13  A    Correct.

14  Q    When you -- you say that in 2011 is when you went to Crime

15  Stoppers.  At what point did you transfer into the Panama Unit?

16  A    It was I believe October of 2012, or before that.  It was

17  in beginning of the year.

18  Q    How was it that you ended up leaving Crime Stoppers and

19  getting -- being involved in the Panama Unit?

20  A    I had approached the Sheriff at one time and told him that

21  I wanted to do something else, kind of getting tired of -- I

22  didn't tell him that I was getting tired of the politics stuff

23  and Crime Stoppers.  I just wanted to do something different.

24  So I told him the interest that I had for the Panama Unit.  And

25  then shortly thereon, he said, "Okay.  I'll look into it."  And

1    then months later he approached me if I wanted to go.

2    Q    And by "he," you mean the Sheriff?

3    A    Correct.

4    Q    And what is it that aroused your interest in being part of

5    the Panama Unit?

6    A    I've always liked the narcotics investigator position.

7    Q    But you were never a narcotics investigator within the

8    Hidalgo County Sheriff's Office, correct?

9    A    Just with the Panama.  The Panama is part of the Sheriff's

10   Office.

11   Q    Who would Panama report to?

12   A    We had a Sergeant Mendez (phonetic), but the Sheriff was

13   the one that would call the shots, like he was the main one.

14   And Jonathan basically would run the unit without a title.  We

15   would check with Jonathan before we would check with our

16   supervisor.

17   Q    And on that note, J.P. also pretty much ran Crime Stoppers

18   without a title, correct?

19   A    Correct.

20   Q    You, Jerry Del Angel, and J.P., in Crime Stoppers, were

21   all patrol -- no, you weren't patrol deputies.  You were --

22   A    Senior deputies.

23   Q    -- senior deputies.

24   A    Correct.

25   Q    You were all equal, correct?

1    A    Correct.

2    Q    However, he did pretty much run Crime Stoppers?

3    A    Yeah.  He would tell us -- he would tell me, "Commander

4    said to go do this, go take care of it."  And we wouldn't

5    question him, because if he's telling us -- J.P. wouldn't lie,

6    and if J.P. said, "Commander said," we were not going to

7    question it.  We would go do it.

8    Q    Okay.  You didn't have any reason to question him; is that

9    right?

10   A    No.

11   Q    Okay.  So it was -- it wasn't uncommon for the people that

12   were close to Padilla and the Sheriff to do things that were

13   outside the chain of command, correct?

14   A    Correct.  There were times Padilla would -- Commander

15   Padilla would tell me, "Go take care of this.  Tell this person

16   to do something," and I would delegate work to the other

17   deputies as well.

18   Q    And sometimes you would even pass along, or delegate, work

19   to sergeants and lieutenants based on instructions from

20   Padilla, correct?

21   A    Several times.  "Commander said to go do this," and I

22   would have to tell the supervisor.  It started actually causing

23   problems within the office, because I was just really giving a

24   message and they were taking it wrong and -- with other

25   supervisors.

Rodriguez - Direct / By Ms. Gutierrez                21

1  Q    Well, right.  Because you were -- in the rank, you were

2  beneath them, and the orders don't normally come from the

3  bottom up.  They usually come from the top down, correct?

4  A    Correct.

5  Q    And so Sheriff Trevino was aware of what the Panama Unit

6  was doing, correct?

7  A    In what sense?

8  Q    Well, when they were formed and they were created, the

9  purpose for what they were created, Sheriff Trevino was aware

10 of that, correct?

11 A    Correct.

12 Q    And so he was also aware of the operations that were going

13 on in furtherance of that purpose, correct?

14 A    Correct.  The supervisor would brief him on a daily basis

15 as well.

16 Q    And Supervisor Mendez, was he the supervisor of Panama

17 Unit the entire time it was in existence?

18 A    Yes.  Ninety percent the last -- that last week, we had

19 another sergeant, but it was only one week that we worked with

20 him.

21 Q    Okay.  So then you always had a supervisor -- well, I

22 apologize, because you weren't part of Panama Unit that entire

23 time, correct?

24 A    No.  But I would assist them a lot of the time before.

25 Q    Okay.  So even while you were not a part of Panama Unit,

1  you worked closely with Panama Unit?

2  A    Correct.

3  Q    And Panama Unit was created when?

4  A    Way before my time.  I'm not sure to tell you the date.

5  Q    Well, right.  But was it created within the time period

6  that you worked at the Hidalgo County Sheriff's Office, or was

7  it already in existence when you started working at the Hidalgo

8  County Sheriff's Office?

9  A    I believe it was made while I was there.  It might be when

10  I was on patrol.

11  Q    Okay.  And so during the period of time that you were with

12  Panama -- well, what day were you arrested?

13  A    December 12th.

14  Q    Of 2012?

15  A    Correct.

16  Q    And that means that you were with Panama just three

17  months.

18  A    Officially, yes.

19  Q    Okay.  So when you say "officially," did you ever -- I --

20  you said you worked closely with them, but did you work like

21  operations with them --

22  A    Yes.

23  Q    -- before you were part of Panama?

24  A    Yes.

25  Q    Oh, okay.  So did Panama Unit have like a support -- use

Rodriguez - Direct / By Ms. Gutierrez                23

1  manpower from other deputies within the county?

2  A    Well, it's policy when you're going to do a consent to

3  search or raid, that you needed a department vehicle or marked

4  vehicle, so lots of times that's when they would call upon me

5  to help out.

6  Q    Okay.  So you were already familiar with their operations?

7  A    Correct.

8  Q    And you were friends with the people who were part of the

9  Panama Unit, correct?

10  A    Every single one, yes.

11  Q    And did you become friends with them at that point, or

12  were you already friends with them?

13  A    I was already friends with them.  I went to the academy

14  with Deputy Arguello and Eric Alcantar, and I worked in the

15  jail with Claudio Mata.  And Jonathan was -- I've known him

16  because of working for the Sheriff's Office.

17  Q    Okay.

18       MS. GUTIERREZ:  Your Honor, I'm going to -- may I

19  approach?

20       THE COURT:  You may.

21       MS. GUTIERREZ:  And I'm going to show him the

22  superseding the indictment.  Do you have --

23       MR. STURGIS:  It's already been admitted, hasn't it?

24       MS. GUTIERREZ:  Has it?  No.  I don't believe so.

25       THE COURT:  I do not believe it has been.  Let me

1    see.

2              **MS. GUTIERREZ:**  No.  It was --

3              **MR. STURGIS:**  The Government has no objection --

4              **MS. GUTIERREZ:**  I'm going to ask that it be admitted.

5              **THE COURT:**  Yes.  It's -- it was Exhibit 2.

6              **MS. GUTIERREZ:**  No, your Honor.  That was the

7    superseding in --

8              **THE COURT:**  That was in the other case.

9              **MS. GUTIERREZ:**  Yes, on the other case.

10             **THE COURT:**  All right.  So we'll call this

11   Exhibit 11.

12             **MS. GUTIERREZ:**  Yes, your Honor, 11.

13             **THE COURT:**  Eleven, superseding indictment in this

14   case is admitted.

15        **(Defendant's Exhibit Number 11 was received in evidence)**

16        **(Attorneys confer)**

17             **MR. STURGIS:**  Judge, I think that Ms. Gutierrez is

18   also going to admit the plea agreement as she's done.  No

19   objection on that one.

20             **MS. GUTIERREZ:**  And that's Exhibit 4, your Honor.

21             **THE COURT:**  No.  It can't be.  That's -- you have

22   that marked as a plea agreement in the related case.  Do you

23   remember what number you are?  Want to --

24             **MR. STURGIS:**  No, sir, I'm sorry.

25             **THE COURT:**  -- get the numbers right.

Rodriguez - Direct / By Ms. Gutierrez          25

1          **MS. GUTIERREZ:**  Your Honor, he's Number 3.

2          **THE COURT:**  He's Number 3.  That's Exhibit 9.

3          **MS. GUTIERREZ:**  That's correct, your Honor.

4          **THE COURT:**  Exhibit 9.  All right.  Exhibit 9 is

5    admitted without objection.  Defense 9 and Defense 11, both

6    admitted without objection.

7          **(Defendant's Exhibit Number 9 was received in evidence)**

8          **MS. GUTIERREZ:**  May I publish it, your Honor?

9          **THE COURT:**  You may.

10   **BY MS. GUTIERREZ:**

11   Q    Mr. Rodriguez, I'm going to show you the superseding

12   indictment in your case.

13         **THE COURT:**  In this case.

14         **MS. GUTIERREZ:**  In this case.

15   Q    The first name on that indictment, Jonathan Christian

16   Trevino, is that the Trevino -- Jonathan Trevino we've been

17   talking about?

18   A    Yes.

19   Q    Okay.  And we've also -- you've mentioned Arguello, and

20   that's Salvador Joel Arguello; is that correct?

21   A    Correct.

22   Q    Okay.  And he's on that indictment?

23   A    Correct.

24   Q    Okay.  And you've also mentioned Eric --

25   A    Alcantar.

Rodriguez - Direct / By Ms. Gutierrez          26

1   Q    -- Alcantar, and he's on that indictment, correct?

2   A    Correct.

3   Q    And Claudio Alberto Mata?

4   A    Correct.

5   Q    He's on that indictment?

6   A    Correct.

7   Q    Okay.  And who else in this indictment was part of Panama?

8   A    That is it.

9   Q    What about Gerardo Mendoza-Duran?

10  A    No.  He was a civil processor and then technical patrol.

11  Q    Did he work with Panama?

12  A    No.

13  Q    Alexis Rigoberto Espinoza?

14  A    He was not assigned to the Panama Unit, but he would go

15  out on operations with us a lot.

16  Q    Okay.  And of course we have the Guerras.  Alvaro Gilberto

17  DeHoyes.

18  A    I have never met that person.

19  Q    Okay.  And that takes care of everyone.  You have entered

20  a guilty plea in this case; is that correct?

21  A    Correct.

22  Q    Okay.  And do you recognize that plea agreement?

23  A    Yes, ma'am.

24  Q    Okay.  And you signed it, correct?

25  A    Correct.

Rodriguez - Direct / By Ms. Gutierrez                    27

1    Q    Okay.  How tall are you?

2    A    Six foot.

3    Q    Jerry Del Angel is also about your height, correct?

4    A    He's a little shorter.

5    Q    Okay.  So he's about how tall?

6    A    I want to say five-ten, five-nine.

7    Q    What -- at your time at Crime Stoppers, because you all

8    were close to Joe Padilla, you all had access to equipment and

9    personnel of the Hidalgo County Sheriff's Office if you needed

10   it, correct?

11   A    Yes, ma'am.

12   Q    Or even if you wanted it, right?

13   A    Yes, ma'am.

14   Q    Did you meet Fernando Guerra, Senior through your

15   campaigning duties?

16   A    Yes.  Along with J.P. Flores.

17   Q    And I may have misworded that, but your political -- the

18   political aspect of your duties.

19   A    Correct.

20   Q    And you were introduced to him through J.P. Flores,

21   correct?

22   A    Correct.

23   Q    At the time that you joined the Panama Unit, they had

24   already gone rogue, correct?

25   A    Correct.

Rodriguez - Direct / By Ms. Gutierrez          28

1  Q    And during this period of time, they were mainly stealing

2  drugs instead of stopping the individuals who were trafficking

3  drugs, correct?

4  A    We were doing both.

5  Q    Okay.  So you were doing legitimate operations at the same

6  time?

7  A    Yes, ma'am.

8  Q    How would you decide which would be a legitimate job and

9  which -- like, for example, we're not going to steal this load,

10 we're actually going to legitimately turn that into the county?

11 A    When it was going to be a big enough load to turn a

12 profit, then we could make money off of it.

13 Q    Okay.  So the smaller drug amounts would become legitimate

14 operations, correct?

15 A    Correct.

16 Q    And so there was a -- you came upon a drug amount that was

17 large, then at that point you would decide that you're going to

18 steal it, correct?

19 A    Not necessarily.  It's -- if everything matched up, if we

20 know we could -- we thought we could get away with it, I guess

21 we would do it.  But it wasn't like every house we were going

22 to is -- our sole purpose was to steal drugs, no.  That's not

23 what it was.

24 Q    Okay.  It's whenever the opportunity presented itself,

25 correct?

Rodriguez - Direct / By Ms. Gutierrez                29

1   A    Correct.

2   Q    And when you say, "When we felt we could away with it," it

3   was because there were different factors that had to be in

4   place in order for you all to be successful in stealing it

5   without any suspicion, correct?

6   A    Basically mostly a lot of the stuff that we stole was

7   actually already planned out before we even went to the

8   location.

9   Q    Well, right.  Because I believe that there are -- they --

10  there were actually two different ways that you all -- that the

11  Panama Unit stole drugs.  One way was through tips.  Someone

12  would give you some information, "There's drugs at that

13  location," and that one was already premeditated, let's say.

14  You were going on that -- to that property for that purpose,

15  correct?

16  A    If I recall mostly all the times that we stole drugs, it

17  was already planned before we even went over there.

18  Q    Well, okay.  So then the investigations -- if you had an

19  investigation that came from a legitimate place, like let's say

20  from Crime Stoppers, that you went to investigate, you weren't

21  sure if there were drugs there, so that would then become a

22  legitimate operation despite -- regardless of the amount of

23  drugs.

24  A    Correct.

25  Q    Is that what you're saying?

1   A    Correct.

2   Q    Okay.  And so then the drugs that you -- that the Panama

3   Unit stole, someone had already informed the Panama Unit that

4   there were drugs at that location.

5   A    Correct.

6   Q    Okay.  And the Panama Unit had sources of information who

7   provide them that information?

8   A    Correct.

9   Q    Who would make the decision within the Panama Unit of when

10  to do an illegal operation?

11  A    Anything legal done with the Panamas -- nothing would be

12  done unless Jonathan gave the order and said, "You know what,

13  okay, take this," or "No, take this," or what not.  But nothing

14  could be done without Jonathan's approval.

15       **THE COURT:**  And why was that?  Why was he the one who

16  made those decisions?

17       **THE WITNESS:**  Because he was the Sheriff's son, and

18  he was in charge of the -- sole -- he was in charge of the unit

19  unofficially.

20  **BY MS. GUTIERREZ:**

21  Q    So basically you all wouldn't make a move without

22  Jonathan's okay, correct?

23  A    Correct.  He had already actually talked to us about it

24  because he was finding out deputies were like taking items when

25  we were doing raids, like colognes or watches and -- Jonathan

Rodriguez - Direct / By Ms. Gutierrez                    31

1    never really liked to -- he didn't give an okay to stealing

2    property.  The only thing he would allow was to steal drugs.

3    And he had to know what was going on.

4           **THE COURT:**  So why -- I don't understand why he was

5    in charge.  Was he the most senior of everyone?

6           **THE WITNESS:**  Because his dad was the Sheriff.

7           **THE COURT:**  And --

8           **THE WITNESS:**  He said that we're there because of

9    him.  Like we're there -- we're in the unit because of him, and

10   if he didn't want us there, he would have us get out -- take us

11   out.

12          **THE COURT:**  All right.  And did you ever remind him

13   that if you got kicked out, you might expose his illegal

14   activities, or was that ever a --

15          **THE WITNESS:**  We never had a fallout --

16          **THE COURT:**  -- discussion?

17          **THE WITNESS:**  -- me and him.  We were pretty close.

18          **THE COURT:**  And so the fear was that you could be

19   fired from your legitimate job, and that's what kept you from -

20   - or that's what caused you to follow his orders and treat him

21   as the boss?

22          **THE WITNESS:**  In the beginning, it was just to make

23   him happy.  And at the end, it was like, I didn't have --

24   really have a choice anymore.  I still -- you know, I'm not

25   saying -- I'm not blaming anybody for my actions.  I don't -- I

Rodriguez - Direct / By Ms. Gutierrez                    32

1    did wrong, and I accept that.  You know what I mean?  He didn't

2    put a gun to me and say, "You're going to do this."  I could

3    have at any point said, "I'm gone."  You know what I mean?  But

4    I stayed there.  But I did fear to lose my job.  And actually,

5    he had an incident with Eric Alcantar because they had -- they

6    were arguing like about personal matters, and he was already on

7    the verge to take out Eric Alcantar out of the unit.  And

8    everybody had already -- he already had expressed to his dad,

9    and his dad was already ready to take him out as well.

10            THE COURT:  Did you ever have meetings with the

11   Panama Unit and the Sheriff where the Sheriff made it known

12   that his son was the leader, or in charge?

13            THE WITNESS:  Kind of contradicted himself.

14   Sometimes the Sheriff would say, you got like -- when we would

15   mess up, he would say, "Jonathan's not your supervisor."  But

16   then yet he let Jonathan do whatever he wanted, you know, as

17   well.  It's kind of confusing.  I don't understand.

18            THE COURT:  So who was supposed to be the supervisor

19   of the unit?

20            THE WITNESS:  Roy Mendez.

21            THE COURT:  Okay.

22            THE WITNESS:  But Roy Mendez -- this is the daily

23   thing.  Roy Mendez would call Jonathan, "Hey, Jonathan, what

24   time we going to work today?"  "We're going at 1:00."  And then

25   Mendez would call around and tell everybody, "We're going at

Rodriguez - Direct / By Ms. Gutierrez                 33

1   1:00.  Jon said we're going to come in at 1:00."  That's how

2   bad it was.  He would call Jonathan and ask him what time we're

3   going to work today.

4           **THE COURT:**  And during this time, was Jonathan

5   Trevino living at the home of the Sheriff, or was he --

6           **THE WITNESS:**  No.  He lived at his -- the Sheriff's

7   house, correct.

8           **THE COURT:**  At the Sheriff's Office or home?

9           **THE WITNESS:**  Home.

10          **THE COURT:**  All right.  They lived in the same home.

11  All right.  Please continue.

12  **BY MS. GUTIERREZ:**

13  Q    Okay.  So who had the source of information that would

14  provide the tips to the Panama Unit?

15  A    Jonathan had his drug dealer sources, Sal Arguello had his

16  sources, and I had my sources.

17  Q    So they generally came from you three?

18  A    Correct.

19  Q    What -- why was it called Panama Unit?

20  A    That's just the name that the Chief of Mission picked.

21  It's just a coincidence.  He gave them a list of names to

22  choose, and that name just -- it has no specific purpose or

23  nothing like --

24  Q    Okay.

25  A    -- no meaning or anything.

Rodriguez - Direct / By Ms. Gutierrez          34

1   Q    Okay.  When you got tips as to drugs being in a particular

2   location, did you know exactly where the drugs were, or did you

3   have to search an entire property to find what you were looking

4   for?

5   A    Sometimes we knew exactly -- sometimes it was a planned

6   traffic stop that we were going to pull over a vehicle and rip

7   off their drugs.  And sometimes we just -- he just -- they'd

8   say, "Hey, there's drugs in the house somewhere.  Go look."

9   Q    And when you -- like, for example, let's take a traffic

10  stop, a big traffic stop, you would -- you knew that there were

11  drugs -- and when I say "you," I mean the Panama Unit.  The

12  Panama Unit knew that there were drugs in the specific vehicle,

13  they would stop the vehicle, and they would take the drugs. And

14  what would happen to the driver, the people in the vehicle?

15  A    If I recall, we only had one incident that we actually had

16  -- and I -- it shouldn't called a fake traffic stop, but it was

17  an actual traffic stop.  And he was going to deliver to

18  Fernando, Senior -- correction, Junior, at a location, and we

19  were going to pull the vehicle over in between, before he

20  arrived at the destination and then rip off the drugs -- we

21  ripped off -- there was five kilograms, and I think we took

22  four and kept -- and turned in one for evidence.

23  Q    Okay.  So then the person -- the individual who's driving

24  the vehicle did actually get arrested and processed --

25  A    Correct.

1  Q    -- for that one kilogram of cocaine?

2  A    Correct.

3  Q    Okay.  And that's how you were able to cover your tracks?

4  A    Correct.

5  Q    And the Sheriff was aware of those operations that you

6  were doing, correct?

7  A    Not in detail, like we stole five kilograms here, no.  To

8  my knowledge, I'm not sure.

9  Q    Okay.  But he knew you were stealing, correct?

10  A    I never had a conversation with him about it.

11  Q    Well, but from your conversations with Jonathan, you were

12  made aware that the Sheriff was aware that you guys were

13  stealing drugs, correct?

14  A    Not necessarily.  I never -- I would ask him, "Hey, your

15  dad," and he's like, "Don't worry about my dad."  He wouldn't

16  talk about that.

17  Q    Okay.

18  A    It was like me that -- he wouldn't ask me too many

19  questions about my drug dealer friends.  I mean, you kept it --

20  everybody kept their -- your own little secrets.  You know what

21  I mean?

22  Q    Okay.  And how often would you personally get tips?

23  A    The times in the indictment, those are the times they

24  tipped me.

25  Q    Well, okay, all right.  But there were other times where

1  you all did illegal operations where the tips didn't come from

2  you, correct?

3  A    Correct.

4  Q    Because you were able to do a substantial amount of

5  illegal operations during the short period of time that you

6  were with the Panama Unit, correct?

7  A    It was one year that went -- that I was rogue, I would

8  say.

9  Q    Okay.

10  A    I didn't -- I don't -- I didn't -- the most -- long as I -

11  - I feel was about a year.

12  Q    Okay.  And that year was what, 2012?

13  A    The end of 2011 through 2012, correct.

14  Q    And so had you met Guerra, Senior already by the end of

15  2011?

16  A    I had met Guerra, Senior, yes, a year prior, and I had

17  never done any illegal acts with him.

18  Q    And Guerra, Senior -- when you say, "a year prior," a year

19  prior to what?

20  A    When I joined Crime Stoppers was shortly when I met

21  Mr. Guerra.

22  Q    Okay.  And -- okay.  You said you met -- you started in

23  Crime Stoppers in 2011.

24  A    End of 2011, 2010, around there.  I can't -- I don't have

25  an exact date, but it couldn't have been 2010 towards the end,

1    the latter year -- or the year.

2    Q    And you were met -- and you were introduced to Guerra,

3    Senior through J.P. Flores, correct?

4    A    Correct.

5    Q    And how did that introduction come about?

6    A    When commander would send us to get money for the campaign

7    and fundraising, I would always tag along with J.P. and I would

8    met (sic) some of his friends.

9    Q    Okay.  And when you did that, were you in a Hidalgo County

10   Sheriff's Office unit?

11   A    An unmarked, yes.

12   Q    And when you met Guerra, Senior, was he introduced to you

13   as a drug dealer?

14   A    No, ma'am.

15   Q    So initially you didn't know that he was a drug dealer?

16   A    No.

17   Q    But then at some point, it was -- became clear, correct?

18   A    Well, he had a lot of money and had a lot of nice things,

19   so it doesn't take the smartest person to -- I knew.

20   Q    Nice things like what?

21   A    Houses, ranch, cars.  He would give us -- he would give

22   J.P. money and me money just to go have lunch and stuff like

23   that.

24   Q    And as a matter of fact, you called him Delta because he

25   had property on Delta Lake, correct?

Rodriguez - Direct / By Ms. Gutierrez                    38

1  A    Jonathan's the one that actually made that name "Delta"

2  for him.  Prior to me going rogue with the Panamas, I would

3  borrow Fernando's lake house and I would take the Panamas out

4  there.  And that's when they said, "Well, this guy has to be a

5  drug dealer as well."  You know what I mean?

6  Q    Okay.  And during this period of time that you were taking

7  the Panama Unit out there, the Panama Unit was already rogue,

8  correct?

9  A    No.  Well, that -- I wasn't -- they were rogue, but I

10 wasn't doing anything with them yet.

11 Q    Okay.  And so they encouraged you to -- that -- to make

12 Guerra, Senior a source of yours, correct?

13 A    It all started one day, Jonathan was working with one of

14 his drug dealers, and they were going to do a rip on a traffic

15 stop as well, on a delivery of some cocaine.  And it came to a

16 problem as, "Okay, once we get the cocaine, what are we going

17 to do with it?"  And they had different ideas, and then that's

18 when Jonathan said, "Why don't you ask Delta, see if he'll buy

19 them?"  And I actually said, "I've never done anything like

20 that before with him."  He's like, "Ask him.  He's a drug

21 dealer.  He has money.  He'll know what to do with them."  So I

22 turned around and I called J.P.  J.P. made a phone call to him

23 and we discussed, "Yeah.  I'll buy" -- I think it -- there at

24 that time, it was going to be 15 kilos.  He says, "I'll buy

25 them at 15,000, and you give me one free."  But that deal never

Rodriguez - Direct / By Ms. Gutierrez                    39

1    happened.  It just -- that deal never went through.

2    Q    Okay.

3    A    But they already -- the connection was already made.  You

4    know what I mean?

5    Q    Right.  You --

6    A    It was already --

7    Q    -- knew that he was open to that possibility.

8    A    Correct.

9    Q    Okay.  And from there grew this relationship where you

10   would sell or you would present drugs that the Panama Unit had

11   stolen to Guerra, Senior for him to buy, correct?

12   A    Correct.

13   Q    And then at the same time, he then -- well, that same

14   connection opened up the possibility of Guerra, Senior using

15   the Panama Unit to steal drugs for him, correct?

16   A    Correct.

17   Q    Okay.  Did you hesitate to approach Guerra, Senior to

18   purchase these drugs?

19   A    I was kind of nervous, but I wanted to make Jonathan

20   happy.  And I wanted to go to the unit prior to that and say,

21   "Well, maybe this will be my," you know, "my entry."

22   Q    So you were trying to impress Jonathan?

23   A    Correct.  And serve like a value for him.

24   Q    Okay.  And at this point, you already knew too much about

25   what was going on for you to go any other direction; isn't that

Rodriguez - Direct / By Ms. Gutierrez                    40

1   correct?

2   A     Correct.

3   Q     If -- let's say that you had said, "You know what, I'm

4   just going back to patrol," that would probably cause problems

5   for you, correct?

6   A     Correct.  Because Claudio Mata had an incident where he

7   stole some jewelry and they got onto his back and it went --

8   and it made a mess, and Jonathan and Mata were best of friends.

9   And after that incident, he got sent back to patrol and they

10  were trying to look for a reason to fire him.

11  Q     Okay.

12  A     He think -- at that very point, they were so close that he

13  felt bad having his dad fire him.  He begged his dad not to

14  fire him.  They sent him back to patrol.  But then after that,

15  tension started creeping up and he had -- he started getting

16  more and more anger towards Mata, Claudio Mata.  So it's kind

17  of like -- I could've fell in the same shoes at any point as

18  well.

19  Q     So there were some examples going on around you that

20  showed you what could happen to you if you did the same thing,

21  correct?

22  A     Correct.

23  Q     Or if you crossed Jonathan, correct?

24  A     If you crossed Jonathan, he would -- you were ex'ed out.

25  You know what I mean?  You were going to be part of his group

Rodriguez - Direct / By Ms. Gutierrez                41

1   anymore.

2   Q    And it wasn't necessarily through Jonathan's own power

3   that you were ex'ed out.  It was through his father, correct?

4   A    He would tell his dad stuff, whatever he told him, and it

5   -- he would make it happen.

6   Q    And then that's what I mean.  Jonathan by himself had no

7   real power to just fire people.  It would -- he -- it would

8   come from his dad?

9   A    Yeah.  He would kind of -- I went from one monster to the

10  other, went from Joe Padilla to Jonathan, which were kind of

11  the same person.

12  Q    Okay.  And that's where I was going to go because it seems

13  -- starting to sound to me like Jonathan also ruled with an

14  iron fist.

15  A    Correct.

16  Q    Okay.  And so there was an incident when -- where Guerra,

17  Senior loaned some jet skis to Jonathan, correct?

18  A    Correct.

19  Q    And that happened through you, correct?

20  A    Correct.

21  Q    You were the contact person between Panama and Guerra,

22  Senior, correct?

23  A    Yes.  But anything I would talk to Guerra, I would run it

24  by J.P.  It wasn't like I had to ask him, but it was all like a

25  code we had.  You know what I mean?  Anything I would talk to

Rodriguez - Direct / By Ms. Gutierrez                    42

1   Fernando about was going to be related to J.P.  If I talked to

2   -- Fernando called me first before calling J.P., I would brief

3   J.P., "Hey, Fernando said this," and vice versa.  You know what

4   I mean?  We had that communication.

5   Q    Okay.  So if we had them in line, it would be Panama Unit,

6   then you, then J.P., then Guerra, Senior, correct?

7   A    Correct.  Towards the end, Fernando, Junior -- Fernando,

8   Senior would call me direct.  Right?

9   Q    Okay.

10  A    And he would talk to me or whatever and then turn around

11  and brief J.P.  You know what I mean?

12  Q    Okay.  So there was direct communication between you and

13  Senior, but whether it was before or after J.P. was made known

14  -- it was made known to J.P.?

15  A    Yeah.  I would never have kept anything behind J.P.'s

16  back.  No, everything would run -- everything was all three of

17  us.

18  Q    Okay.  But would you say that your relationship with J.P.

19  and Senior was to some extent still independent from Panama?  I

20  mean, you had a relationship with Panama, but your relationship

21  with J.P. and Senior didn't automatically bring Panama together

22  into the picture, correct?

23  A    No.  They didn't want a relationship.  J.P. didn't want

24  Jonathan to know he was in the middle.  He never knew.

25  Q    Okay.

Rodriguez - Direct / By Ms. Gutierrez                43

1   A    That was one of the best kept secrets.  Nobody ever knew.

2   He knew Fernando -- he kind of knew who Fernando was, not too

3   much.  He wouldn't really ask him.  He really never really

4   pressured him to.

5   Q    Okay.  And isn't it correct that in this type of activity,

6   there are lots of secrets, right?

7   A    We're seeing more and more, yes.

8   Q    Okay.  Some that even you may not have known, correct?

9   A    Correct.

10         THE COURT:  So what was the allure of the Panama

11   Unit?  I guess I'm having trouble understanding.  You suspected

12   they were doing illegal things before you had joined them --

13   or, I say suspected -- did you know they were doing illegal

14   things before you joined them?

15         THE WITNESS:  Being -- when I was officially a Panama

16   Unit?

17         THE COURT:  No.  Before you were officially a Panama

18   Unit, did you already know they were stealing drugs?

19         THE WITNESS:  I had a suspicion because Jonathan --

20   other than working with him, he was a good friend of mine.  We

21   would go out and they would dress all nice, had a lot of money,

22   so I kind of said -- started kind of fishing, and they would

23   joke around saying they could -- would rip money or whatever.

24   They would joke around.  "Well, I have drug leader friends,"

25   and stuff like that.

Rodriguez - Direct / By Ms. Gutierrez          44

1          **THE COURT:**  And then you talked about the Delta Lake

2   house incident where you're at Crime Stoppers still, you've now

3   made friends with Guerra, Senior, and so you were able to

4   secure his lake house --

5          **THE WITNESS:**  Uh-huh.

6          **THE COURT:**  -- for the Panama Unit?

7          **THE WITNESS:**  I would go myself with the Panama Unit

8   and we would --

9          **THE COURT:**  Okay.

10          **THE WITNESS:**  -- have barbecues and what not.

11          **THE COURT:**  But that was while you were still with

12   Crime Stoppers.

13          **THE WITNESS:**  Correct, sir.

14          **THE COURT:**  And I understood that at that point is

15   one of those times you were approached -- or about that time is

16   when you were approached to contact Guerra to see if he would

17   be interested in buying this cocaine.

18          **THE WITNESS:**  Correct.

19          **THE COURT:**  So it was before you joined the Panama

20   Unit that you knew for certain they were doing illegal things.

21          **THE WITNESS:**  Correct.

22          **THE COURT:**  Why would you continue to want to join

23   that group then?

24          **THE WITNESS:**  I wanted to be good with Jonathan and

25   his dad and everybody.

Rodriguez - Direct / By Ms. Gutierrez          45

1          THE COURT:  Did you -- was it also the allure of this

2    money that you were seeing these --

3          THE WITNESS:  Yes, sir.

4          THE COURT:  -- agents flash around --

5          THE WITNESS:  Yes, sir.

6          THE COURT:  -- these other deputies flash around?

7          THE WITNESS:  That's why I'm saying, I'm not making

8    excuse that they made me do this.  I did it on my own.  I --

9          THE COURT:  But it wasn't just because of

10   friendships.  You were also interested in securing your job --

11         THE WITNESS:  Uh-huh.

12         THE COURT:  -- and also because of the allure of this

13   drug money.

14         THE WITNESS:  The money was a plus, correct.

15         THE COURT:  All right.  Sorry to interrupt.  Please

16   continue.

17   BY MS. GUTIERREZ:

18   Q    Not only was the money a plus, it was pretty intoxicating,

19   huh?

20   A    Correct.  I just got messed up in the lifestyle.  You know

21   what I mean?  I got caught up.

22   Q    Because there was a lot of money going -- coming in once

23   you guys really start -- once you joined and began these

24   operations with them, correct?

25   A    There was money, but not a whole lot.

Rodriguez - Direct / By Ms. Gutierrez                46

1    Q    Well, what was the largest amount of drugs, whether

2    marijuana or cocaine, that you all ever stole?

3    A    At one point, four kilograms was the biggest.

4         **THE COURT:**  And is that the incident you already told

5    us about, the traffic stop?

6         **THE WITNESS:**  Correct, the traffic stop that's in the

7    indictment.

8    **BY MS. GUTIERREZ:**

9    Q    And didn't you steal larger amounts than four kilograms of

10   marijuana?

11   A    Of marijuana, I believe it was 900 pounds, which still is

12   not as -- doesn't equal up.  It's less.

13        **THE COURT:**  In dollar value?

14        **THE WITNESS:**  Yes, sir.

15   **BY MS. GUTIERREZ:**

16   Q    Right.  And what is four kilograms of cocaine worth?

17   A    We didn't really make that much off that deal.  We -- it

18   was about 40,000, and we made -- but we had to split with J.P.

19   and the Guerras for the Panamas to -- I want to say 20 and

20   change.  I can't really remember now.

21   Q    Okay.  Well, let's just say that the Panama Unit took 20.

22   A    Uh-huh.

23   Q    Okay.  What happened to the other 20?

24   A    Guerra and J.P. and Junior, their group split everything -

25   - their money, and we split our money.

Rodriguez - Direct / By Ms. Gutierrez                    47

1   Q    Guerra, J.P. -- the Guerras and J.P. --

2   A    Correct.

3   Q    -- however they split it?

4   A    Correct.

5   Q    Okay.  And so you and J.P., having formed this connection,

6   the only money that -- you all didn't get any money for having

7   that -- having created that opportunity?

8   A    I don't understand.  Can you rephrase the question?

9   Q    Yeah.  For -- okay.  Well, let me ask you this.  If the

10  Panama Unit took 20 --

11  A    Uh-huh.

12  Q    -- how much did you get of the 20?

13  A    I had to split it with Jonathan and Sal Arguello, but

14  Jonathan would always take a bigger cut than everybody.

15  Q    Okay.  So -- because there's more than just three people

16  in the Panama Unit.  Did only the people that actually

17  physically worked the operation get a cut?

18  A    Correct.

19  Q    Okay.  So it wasn't that the entire Panama Unit profited -

20  - every member of the Panama Unit profited every single time?

21  A    No, ma'am.

22  Q    Okay.  You had to be there.

23  A    You had to be there.

24  Q    And how was it that people had the opportunity to be

25  there?

1    A    Jonathan would choose -- he would tell me -- or "Call

2    Sal," or "Don't call Sal," or "Just me and you" or what not.

3    Q    Oh, okay.  So then he pretty much was in control of who

4    could make money or not?

5    A    Yes.  And he would say how much each person was going to

6    get as well.  I had to lie at times and say -- let's say

7    Guerra, Senior and J.P. gave me $20,000, for example.  He would

8    tell me, "Fabian, we only got 12."  And then he would give me a

9    little bit more than the other guys --

10   Q    For lying?

11   A    -- to -- for lying, of course.  But I didn't lie.  I would

12   tell the guys.  I mean, I felt bad, like I -- everybody's

13   taking a risk, and then on top of that you're ripping them off,

14   it kind of felt ugly to me --

15   Q    Uh-huh.

16   A    -- and at times I would tell Mata or whatever.  And then

17   there's an incident where I told Jonathan, "No.  I want to pay

18   everybody across the board," and I paid everybody across the

19   board.  And then Jonathan said, "Okay.  You wanted to do that.

20   Now you pay me what the" --

21   Q    What he lost?

22   A    -- what he lost.

23   Q    Uh-huh.

24   A    And I had to do it.

25   Q    Wow.  Well, that was pretty courageous of you.  Weren't

Rodriguez - Direct / By Ms. Gutierrez                    49

1   you afraid that there would be some repercussions?

2   A    I made him the money and it was all -- whatever.  And he

3   told me, "Don't ever do that again."

4   Q    So it was all about the money essentially?

5   A    He had a big bank -- gambling problem, and that's what led

6   him to a lot of this stuff.

7   Q    Okay.  Is that why you all took a trip out to Louisiana?

8   A    We would do a lot of gambling to Louisiana, yes.

9   Q    Okay.  At some point, you all would either also at the

10  same time or transition into escorting loads of drugs for drug

11  dealers, correct?

12  A    I never agreed to do any escorting of drugs.

13  Q    The Panama Unit.

14  A    They did on their own, yes.

15  Q    Okay.  But in those instances, the service was -- that the

16  Panama Unit provided was the escort.  They weren't ripping

17  those loads off, correct?

18  A    That was to the lateral (sic) part of the thing -- of the

19  incident.  And it wasn't the Panamas.  It was actually Gerardo

20  Duran doing it.  And then later we learned Alexis was helping

21  him out.  Nobody knew, and I don't know how we found out that

22  they were working on their own.  And I brought it to the

23  attention of Alexis and saying, "Hey, what are you doing?"

24  Like, "You're going out of the line.  I mean, you're supposed

25  to work with us.  Like what are you doing?"  And then he's

1   like, "No, no."  And I was like, "How can you escort those?

2   You don't even know who the load -- who you're escorting the

3   load for."  And I -- Duran actually approached me before he

4   approached Alexis saying, "Hey, I'm going to start escorting

5   loads," whatever, whatever, "Do you want to help me out?"  And

6   I said, "No.  I don't -- I'm not going to escort loads.  I'm

7   not going to do that."  And I kind of told Jonathan, and

8   Jonathan kind of got upset as well, and we kind of distanced

9   ourselves at that point from him.  And then we found out Alexis

10  was doing it.  And I was commenting to Alexis, "You need to

11  tell Jonathan.  You know, you need to tell him what's going

12  on."  And like I tell you, it was the lateral (sic) part.  So

13  weeks before we got arrested, Alexis finally confessed to

14  Jonathan that he was doing escorts with Duran.  At that point,

15  on November 30th, I received a call from Jonathan saying one of

16  his sources was going to drop off -- make a delivery of cocaine

17  of five kilograms and -- I don't know where.  And anyway, he

18  tells me, "Get out here.  You come out here and help us out."

19  He goes, "She thinks we're going to escort her, but when she

20  does the delivery, we're going to raid the house."  And I asked

21  him, "Okay.  Is this a legit deal, are we going to call

22  Mendez?"  He's like, "Don't worry about that.  We'll worry

23  about that later."  So when we actually go out there and we're

24  following her, like she didn't know I was part of the group,

25  the lady driving the cocaine.  She only thought Jonathan and

Rodriguez - Direct / By Ms. Gutierrez          51

1   Alexis were there.  And they were escorting the load, and I was

2   like far back.  So when they -- when the lady gave them the

3   green light to go away, I was going to follow her, see where

4   she was going to deliver the package.  But in the transition,

5   she burned me.  She saw me, that I was following her, and we

6   actually lost her that day.  Jonathan was very upset at me that

7   we lost the load and cursed me out, got upset at me, and told

8   Alexis off also.  And that was the end of it.  And then maybe a

9   week before we got arrested, we had a barbecue, me and Jonathan

10  and Alexis, and there -- because they were teasing me all this

11  time, all those days that, "Hey, you lost a load, you dumbass,"

12  whatever, calling me all this ugly stuff.  They were trying,

13  like, really, really picking at me.  So we go that day and

14  they're still joking at me, and then Jonathan makes the

15  comment, says, "Don't worry about it.  We still got paid, me

16  and Alexis for it.  Don't worry about it."  I'm like, "Wow,

17  nobody told me about that."  And that was the last of it.

18  Q    So it sounds like there was a lot of deception even

19  without the Panama Unit.

20  A    Correct.

21  Q    Are you aware of who Jonathan shared his money, his cut?

22  A    No, ma'am.

23  Q    Did you ever have the opportunity to learn whether Sheriff

24  Trevino ever profited from any of these deals?

25  A    Not to my knowledge.

Rodriguez - Direct / By Ms. Gutierrez                52

1  Q    Well, not that it's not to your knowledge.  You just don't

2  know.

3  A    I don't know.  I couldn't --

4  Q    Okay.

5  A    -- give you a yes or a no.

6  Q    What -- the -- how much drugs were there in this load that

7  you lost?  Well, how much drugs were there supposed to be in

8  that load that you lost?

9  A    She told them five kilograms.

10 Q    Okay.  And when Jonathan said we -- "Don't worry about it,

11 we still got paid for it," got paid for what?  For the escort?

12 A    For the escort.

13 Q    Okay.  And were you all supposed to steal the drugs for

14 the people that had paid for the escort, or were you all going

15 to steal the drugs from the people who hired you to escort the

16 drugs?

17 A    Like it was never talked about.  I never knew how that

18 deal was going to plan out, if they were going to rip the drugs

19 off or call a supervisor or not.  Stuff they can -- I don't

20 exactly know.

21 Q    So that deal didn't come through you.  It was --

22 A    I had no knowledge of it.  It was like a phone call.  "Get

23 over here," whatever, and explained to me, "Just stay back,

24 don't let her see you," and then I got yelled at for it

25 afterwards.

Rodriguez - Direct / By Ms. Gutierrez          53

1  Q    Okay.  And so that -- in that incident, you were just kind

2  of the support -- you were one of the guys that Jonathan chose

3  to participate?

4  A    Correct.

5  Q    Was there ever an issue of members of the Panama Unit

6  getting upset because they were being called on -- to

7  operations?

8  A    Yes.

9  Q    Isn't it true that you did somewhere around 20 operations

10 that came from tips from Guerra, Senior?

11 A    No.  It was less than that.

12 Q    There was an incident where Guerra, Senior tipped you to a

13 property on La Homa Road in Mission where you -- the Panama

14 Unit was called out to search that home, correct?

15 A    Correct.

16 Q    And that tip did come through you, correct?

17 A    Correct.  I was still in Crime Stoppers and I was the

18 marked unit that day.

19 Q    Oh.  So then that incident occurred prior to you joining

20 Panama Unit?

21 A    Yes.

22 Q    Okay.  And on that incident, you -- oh, you had the tip.

23 So -- but wait a minute.  So before you became part of the

24 Panama Unit, you were already passing tips to the Panama Unit?

25 A    Correct.

Rodriguez - Direct / By Ms. Gutierrez                54

1  Q    Okay.  And in that case, since you were not part of the

2  Panama Unit, what was -- how -- what was -- what did you get

3  out of it?

4  A    I had to -- when they -- once -- anytime they had the

5  drugs, I had to take it to Fernando.  They wouldn't take it

6  themselves.  I had to drive the drugs over there.

7  Q    Okay.  So then you kind of were in the control position,

8  right, because you had the drugs and then you had money.

9  A    Correct.  I had to do the paying and dropping off and

10 picking up.

11 Q    But at the same time, you also had a lot of risk in

12 carrying, storing, transporting --

13 A    All the Panama -- this is the way we'd do it.  Fernando

14 lived on 2812 around that area, about -- over there.  The

15 Panama Unit would follow me -- when I would stop at like the

16 Love's Truck Stop, they would give me the drugs and I would

17 drive it from Love's to Fernando's place.  When I would turn

18 into the shop or to the office, they would just keep on going

19 straight.

20 Q    Oh, so then they followed --

21 A    All the way.

22 Q    -- the products?

23 A    Yes.

24 Q    Wow.  Did that mean they didn't trust you?

25 A    Jonathan never let me -- like if we left the house, he

Rodriguez - Direct / By Ms. Gutierrez                    55

1    would never let me drive with the drugs.  He had to drive with

2    it, he would make an evidence tag and everything.  He would

3    have an evidence tag in case somebody wrecked, another officer

4    stopped him, they were saying, "Well, taking the drugs to the

5    Sheriff's Office," or what not, "we're going that way anyway."

6    Q    So you all had a contingency plan?

7    A    Correct.

8    Q    Did you guys create those plans together as a group, or

9    was there just one person who was in charge of the -- all these

10   other issues?

11   A    As far as I remember, Jonathan was the one that'd tell us

12   to do it like that.

13   Q    So he was pretty much the mastermind within Panama Unit?

14   A    Correct.  I would give him the tip and then however way he

15   wanted to do it, that's the way we would do it.

16   Q    Did you ever negotiate how much you were going to get?

17   A    There was always a lot of friction because of that,

18   because Senior wanted his cut, and so did Jonathan, and

19   Jonathan didn't feel right that we're taking the drugs to

20   Guerra and he would charge us half, or we had to split the job

21   with him.  He never liked that.

22   Q    But -- are you talking about jobs that where the tip came

23   from him, or on --

24   A    The tips came from him, correct.

25   Q    Okay.  So what did Jonathan want?  I mean, if the tip came

1   from Senior, Jonathan would never even known about those drugs

2   to steal?

3   A    Well, Jonathan thought that and I would tell him that it's

4   not like that.  He would send it in his trailers up north and

5   make a big profit up north, and that wasn't the case.  I mean,

6   all of Senior's job was just to get rid of the stuff.  Take it

7   to him and that same day he would sell it.  You know what I

8   mean?  At times, I would be there when the other drug dealer

9   would come, pay him to take the drugs, and the money would come

10   from the drug dealer to Fernando, right away to me, and then

11   I'd take it to the guys.

12   Q    And the reason that you mentioned that is because it -- if

13   the drugs are sold locally, they are sold for less than what

14   you could get for them up north, right?

15   A    Correct.

16   Q    Okay.  And so then Jonathan thought that up -- that

17   Guerra, Senior was standing the -- sending the drugs up north

18   and was making a bigger profit?

19   A    Yes.  We had several arguments about that.

20   Q    And so there was a greed issue here.  It's like, "Whoa,

21   whoa, whoa, wait a minute.  I want more because you're making

22   more."

23   A    Yes.  I think that's what drove them to start looking for

24   escorts and start doing things on their own, because they

25   weren't content anymore with Fernando.  They weren't meeting

1    their needs.

2    Q    Fernando was a big provider of tips, right?

3    A    He was just -- not necessarily a big provider.  He would -

4    - the jobs he would set up for us, they were set up.  You know

5    what I mean?  He was --

6    Q    Well, right.  But what I'm saying is that if and when the

7    -- that avenue dried up and, in other words, if there was a

8    falling out or, "I don't like to -- I don't want to work with

9    you anymore," then the opportunity to make money by stealing

10   drugs became less because now we don't have that source

11   anymore.

12   A    Not necessarily.  They had Fernando has a vendor.  You

13   know what I mean?  We -- he knew that -- Jonathan didn't like

14   to wait for money.  You know, I mean, he had other people he

15   could take the drugs to, but he would have to wait a week or

16   four or five days.  Fernando would right there and that -- if

17   we got drugs at 7:00 p.m., by 10:00 p.m. I had money.

18   Q    Okay.

19   A    So that's what he liked about it, that it was fast and

20   convenient.

21   Q    Okay.  So then why is it that he's -- didn't like Fernando

22   -- working with Fernando, Senior at some points?

23   A    Because he would get a lesser rate than if he would --

24   than what he would get from his other drug dealers.  Fernando

25   was giving him -- he had to -- we had to split with Fernando.

Rodriguez - Direct / By Ms. Gutierrez                    58

1    He didn't like that part.  You get me?  He wanted to be like a

2    wholesale drug dealer, like I have 20 kilos that are worth 20

3    grand each.  That's what I want from them.  He wanted what the

4    market was -- he wanted market rate, and it wasn't like that

5    with Fernando.  It was a lesser rate.

6    Q    Well, because Fernando was actually the middle man, right?

7    A    Correct.

8    Q    Okay.  He was the one that was selling it out.  So if

9    Jonathan would -- or if the Panama Unit would sell it

10   themselves, then they'd -- you could get what Jonathan was

11   expecting?

12   A    Correct.

13   Q    Okay.  And the reason that Senior was in the picture in

14   those instances is because Senior could make that happen for

15   you much faster than the Panama Unit could get it?

16   A    Correct.  And I would kind of express that I wouldn't --

17   that I really didn't want to work with anybody else.  If they

18   were going to do that, like -- that I wasn't -- that it was too

19   risky for me, that I felt safe with these people and that's it.

20   Q    Okay.  Tell me about an incident where --

21              THE COURT:  Well, before you go, why did you feel

22   safe with these people?  Was it because of the J.P. Flores

23   connection, or what was it --

24              THE WITNESS:  Yeah.  I felt that --

25              THE COURT:  -- that you felt safe?

1       **THE WITNESS:**  -- they were -- if anything ever

2   happened, they weren't going to say, "Well, the cops sold it to

3   me."  You know what I mean?  I just respected them.  I felt

4   that I had a bond with them.  I felt that they weren't going

5   to, you know what I mean, double-cross me or anything like

6   that.

7       **THE COURT:**  And that's because of just your direct

8   dealings with him you concluded that, or --

9       **THE WITNESS:**  Remember, I worked --

10      **THE COURT:**  -- was it --

11      **THE WITNESS:**  -- I met some -- sorry to interrupt --

12  I had a relationship with Fernando before drug dealing, for a

13  whole year.  He was a nice guy to me.

14      **THE COURT:**  All right.

15  **BY MS. GUTIERREZ:**

16  Q    And the -- you being able to borrow Fernando Guerra,

17  Senior's lake house came about from this political

18  relationship?

19  A    More like just grew a relationship with him and J.P. as

20  well.  You know what I mean?  We started becoming friends other

21  than politics.

22  Q    Okay.  And did you all hang out together?

23  A    Who?  Me?

24  Q    You and Senior and J.P.?

25  A    We would have -- meet at the office and talk.  We talked

Rodriguez - Direct / By Ms. Gutierrez                    60

1    on a daily basis basically.

2    Q    You and Senior?

3    A    And me, Senior, and J.P. would talk to -- we talked every

4    day on -- we had a -- those radios --

5    Q    Uh-huh.

6    A    -- the Nextels, we would talk almost on a daily basis.

7    Q    This is before you were doing anything illegal?  Or during

8    the time that you were doing illegal --

9    A    During illegal, I would talk to them on a daily basis.

10   Before, I would talk to them every -- occasionally and would go

11   visit with them at the office.  But we never went out to eat,

12   stuff like that, no.  We were never seen in public with them.

13   Q    What --

14          THE COURT:  You would meet at his office and visit,

15   or he would come to yours?

16          THE WITNESS:  No, sir.  I'm sorry.  We would meet at

17   his office and ask for him.

18   BY MS. GUTIERREZ:

19   Q    What about Junior?  Was he around?

20   A    I started meeting Junior -- oh, I would say hi to him when

21   he would go visit his father.  Right?  But then I started

22   making a relationship with him towards the end of this -- of --

23   before the arrests.  He was very in contact with -- started to

24   contact me and we would talk a little bit, but not really like

25   -- his dad wasn't too crazy about that, so I kind of respected

1  Fernando, so I wouldn't really -- I would never call Junior

2  without Fernando -- asking Fernando first.

3  Q    Why is it that Fernando, Senior's father wasn't

4  comfortable with Junior and you speaking directly?

5  A    I don't -- there was never anything said, but it was -- it

6  didn't feel right.

7  Q    Okay.  And Junior was contacting you for what purpose?

8  A    He's the one that set up that deal with the five kilograms

9  of the -- of that traffic stop.

10  Q    Okay.  Are we --

11  A    This -- and this -- it's funny because this deal was

12  planned out -- it was dragged out for months because he would

13  try to call the guy from Brownsville to come deliver, and they

14  would go visit a witch and tell them, "No, you can't deliver

15  today.  Like the," whatever, the "black magic doesn't let you

16  or allow you to or whatever."  I don't know how that stuff

17  works.  So it was a joke, like I would call Fernando and was

18  like, "So what did the witch say?  She going to bring the --

19  can they bring the drugs in or not?"  So it went on for awhile,

20  so that's why I would talk to Junior and that kind of in the

21  mean time.

22  Q    Trying to get that deal going?

23  A    Yeah.  That deal was dragged out for awhile.

24  Q    And who was the ones that would consult with the witch?

25  A    The people coming from Brownsville down this way.

Rodriguez - Direct / By Ms. Gutierrez                    62

1   Q    Okay.  So then that was putting a hold on your business,

2   you all's business?

3   A    Correct.

4   Q    Okay.  But Junior communicated with you solely on -- for -

5   - on the basis -- or for the purpose of illegal activity?

6   A    Correct.

7   Q    Okay.  And when you would communicate with Senior and J.P.

8   on a daily basis, it was about illegal activity, correct?

9   A    Not necessarily.  "How's everything going?" conversation

10  as well, relationship.

11  Q    Relationship, okay.

12  A    And he would say, "No.  There's nothing.  We don't have

13  anything," whatever, "today," whatever, "there's nothing going

14  on."

15  Q    Regarding illegal activity?

16  A    Yeah.

17  Q    Okay.  So you guys would stay in touch, but the real

18  purpose was, "When are we going to work?" or "When is there

19  work?"

20  A    Correct.

21  Q    Okay.

22          THE COURT:  Why don't we take our mid-morning recess?

23  It's 10:15, we'll recess until 10:30.  I don't have any cases

24  to hear, so we'll try to be right on time here at this recess.

25  So the jury's excused, 15 minutes.

Rodriguez - Direct / By Ms. Gutierrez                63

1            **THE CLERK:**  All rise for the jury.

2       **(Jurors exit courtroom at 10:15 a.m.)**

3            **THE COURT:**  All right.  Is there anything you all

4    need to address during the recess?

5            **MS. GUTIERREZ:**  No, your Honor.

6            **THE COURT:**  All right.  Let's be in recess for 15

7    minutes.

8            **THE CLERK:**  All rise.

9       **(A recess was taken from 10:16 a.m. to 10:34 a.m.)**

10      **(Jurors enter courtroom at 10:34 a.m.)**

11           **THE COURT:**  All right.  Good morning.  Please be

12   seated.  All right.  You may proceed whenever you're ready,

13   Ms. Gutierrez.

14           **MS. GUTIERREZ:**  Thank you, your Honor.

15                  **DIRECT EXAMINATION (CONTINUED)**

16   **BY MS. GUTIERREZ:**

17   Q    There was an incident where you ended up -- well, I'm not

18   sure if you, yourself, but the Panama Unit, or members of the

19   Panama Unit, ended up at a Matt's Cash and Carry and where you

20   recovered two kilograms of cocaine.  Do you recall that

21   incident?

22   A    Yes, ma'am.

23   Q    Okay.  And that incident began through a tip from Guerra,

24   Senior; is that correct?

25   A    No, ma'am.

Rodriguez - Direct / By Ms. Gutierrez          64

1   Q    Okay.  Isn't it true that he had tipped you to a property

2   on El Dora Drive, or El Dora Road?

3   A    No.  Claudio Mata and I believe it was Eric Alcantar, they

4   were working with a CI that led them to that location.

5   Q    Okay.  And was that a legitimate operation, or was that a

6   -- where you -- the Panama Unit stole drugs?

7   A    It was -- turned out it was planned to be legitimate and

8   then it went rogue once the second delivery.  There was cocaine

9   found at that location with that homeowner, and some weapons.

10  And then Jonathan talked to him to, you know, we call it "flip

11  them," like, "Hey, set up another deal and we'll let you go.

12  We won't prosecute you, we won't arrest you, or anything."  And

13  that's where Jonathan took the man and spoke to him and set up

14  another deal, which ended up at the cash and carry.

15  Q    Is that the incident where some of the Panama Unit numbers

16  were caught on video and it became an issue at the Sheriff's

17  Department?

18  A    Once we were there at that house where the man -- well, I

19  don't remember his name, I think it was Perez -- that we did

20  the raid, Claudio Mata, without anybody knowing, stole some

21  jewelry from that location.

22  Q    Okay.  And then that's what you were talking about when

23  you mentioned earlier that there was a problem between Mata and

24  Jonathan?  That --

25  A    That was their fall out.

Rodriguez - Direct / By Ms. Gutierrez                65

1  Q    Okay.  And Guerra, Senior was involved then in purchasing

2  the drugs that were stolen?

3  A    Yes, ma'am, that's correct.

4  Q    Okay.  So he didn't tip you, but he purchased the drugs?

5  A    Correct.

6  Q    And it was you that took the drugs to him, correct?

7  A    The drugs were taken from the cash and carry to another

8  location to another drug dealer, as a matter of fact.  And --

9  Q    And then?

10  A    -- the man couldn't come up with the money, so Jonathan

11  gave it to me to take it to Fernando, Senior later on in the

12  day like that, I want to say 11:00 o'clock p.m.

13  Q    How quickly would you turn over the drugs as far as you --

14  the Panama Unit would steal it and then they no longer -- they

15  -- you had already sold it?

16  A    Within that day.

17  Q    Okay.  So you all usually didn't keep the drugs for more

18  than a few hours?

19  A    Jonathan wouldn't allow us to keep it.  We had to get rid

20  of it.

21  Q    And so it had to be sold.  And what if you didn't find a

22  seller -- a buyer?

23  A    Guerra, Senior was the -- I guess to come to the rescue.

24  I mean, that was our backup plan.

25  Q    Okay.

Rodriguez - Direct / By Ms. Gutierrez                66

1  A    Well, that was always the one that we'd go to.

2  Q    Okay.  And during that incident, how much money would --

3  did the Panama Unit receive?

4  A    In that, it was about -- I want to say we got 15 for each

5  or less, but we had to split it with J.P. and Fernando as well.

6  Q    And J.P. always -- J.P. Flores always made a cut out of

7  these deals, correct?

8  A    Anytime the Panama made money through Guerra, Senior, J.P.

9  would make money, yes.

10 Q    And when you say, "through Guerra, Senior," you're talking

11 about either through a tip of his or even if he bought drugs

12 that didn't come from a tip of his, right?

13 A    Correct.

14 Q    Okay.  And any time Guerra, Senior was involved, J.P. made

15 a cut?

16 A    Correct.

17 Q    Okay.  Well, there was another incident with four

18 kilograms of cocaine where it had to do with two individuals

19 who were transporting cocaine, and Guerra, Junior was waiting

20 at the O'Reilly Auto Parts?

21 A    That is the traffic stop that I was telling you about

22 earlier.

23 Q    Okay.  So that's the same one as the first one we

24 mentioned?

25 A    Yes, ma'am.

1   Q    Okay.  There was an incident where Guerra, Senior tipped

2   you, or needed the Panama Unit to go and conduct a raid to

3   steal I think like 2,000 pounds of marijuana.  You showed up to

4   this warehouse and there was nobody there, so your job was made

5   really easy.  You didn't have to raid anything and you just

6   took the marijuana.  Do you recall that incident?

7   A    Yes.  It was 900 something pounds.

8   Q    Oh.  That was 900 pounds?

9   A    Uh-huh.

10  Q    And where was the marijuana?  Was it in the trailer?

11  A    It was in the trailer in a hidden compartment.

12  Q    Okay.  And so the purpose of that, though, was -- the

13  purpose of the Panama Unit was to go raid that property,

14  correct?

15  A    That was a rogue deal, yes.

16  Q    That was completely rogue.  It started rogue, right?

17  A    Yeah.  It started rogue from the very beginning.  We

18  didn't even obtain a case number for that.

19  Q    Okay.  So you went out to this property, and luckily for

20  you guys, there was no one there.  There was no one you had to

21  deal with, correct?

22  A    Correct.

23  Q    And, therefore, there was no one who witnessed any of it

24  to report it to any law enforcement, correct?

25  A    Correct.

Rodriguez - Direct / By Ms. Gutierrez          68

1  Q    And that's what allowed you all not to even create a case

2  number.

3  A    Correct.

4  Q    When was the last deal that the Panama Unit made?

5  A    It was a tip that Fernando provided.  It was in rural San

6  Juan (phonetic) area, around Tower Road, around there.  I'm not

7  -- I don't remember the location.  It was at a convenience

8  store.

9  Q    Well, right.  But you guys -- the Panama Unit was picked

10 up December 12th of 2012.

11 A    That was actually December 11th.

12 Q    Oh, so the day before you got arrested.

13 A    Correct.

14 Q    Did you know you were getting -- that there were -- that

15 this was going to happen, that you were getting arrested?

16 A    No, ma'am.

17 Q    Did you have any idea that you were all were being

18 investigated?

19 A    Us personally, no.

20 Q    And what do you mean by "us personally?"  Did somebody

21 else know?

22 A    Well, we knew that Fernando, Senior was being

23 investigated.

24 Q    Had the -- before you -- before the Panama Unit got

25 arrested, you had heard or learned that the Guerras were being

Rodriguez - Direct / By Ms. Gutierrez          69

1   investigated?

2   A    On two occasions, yes.

3   Q    And you learned that through Joe Padilla?

4   A    Joe Padilla, and the Sheriff called me one time also to

5   stay away from Fernando, Senior.

6   Q    Because he was being investigated?

7   A    By the feds, he said.  They had a case open on him.

8   Q    Okay.  So Sheriff Trevino warned you of -- about the fact

9   that Guerra, Senior was being investigated and, therefore, you

10  shouldn't be around him.

11  A    He said he didn't want me anywhere around him, not to go

12  to the lake house, hunting, nothing at all, to stay clear of

13  him whatsoever.

14  Q    Okay.  So he knew -- Sheriff Trevino knew that you were

15  dealing with Fernando Guerra, Senior, correct?

16  A    Correct.

17  Q    And at no time did he tell you -- did he stop you from

18  engaging in your illegal activities with Guerra, Senior,

19  correct?

20  A    I don't know if he knew into the details of the illegal

21  activity or not.  I wouldn't be able to tell you that.

22  Q    Okay.  But at no time did he tell -- in no time -- at no

23  time did he tell you stop dealing with -- stop your dealings

24  with that drug dealer prior to the time that you're talking

25  about now?

Rodriguez - Direct / By Ms. Gutierrez          70

1    A    When he called me, he said, "Stay away from him," and he

2    said some things about him and whatever, and that's it.  He

3    didn't say in detail why.  He just said, "The government's

4    watching him, and I don't want you around him at all."  Like --

5    and then he asked how intimate Jonathan was with him.  And I

6    said, "No, he just talks to me."

7    Q    Did the Sheriff not talk to his own son to be able to ask

8    him that?

9    A    I'm not sure, ma'am.

10   Q    Isn't it true that Joe Padilla provided information to

11   Guerra, Senior about the feds looking at him?

12   A    Around the same time, correct.

13   Q    It was probably the same information, correct?

14   A    It was prior to the Sheriff receiving the call -- the

15   Sheriff.

16   Q    How much prior?

17   A    I want to say at least a month or two.  I'm not a hundred

18   percent sure.

19   Q    And Jose (phonetic) Padilla received money for that

20   information, correct?

21   A    Correct.  I believe Fernando, Senior sent him a thousand

22   dollars for the information.

23   Q    And that went through J.P., correct?

24   A    Correct.

25   Q    And J.P. was the contact person between Guerra, Senior and

Rodriguez - Direct / By Ms. Gutierrez                    71

1   Joe Padilla.

2   A     Correct.

3          THE COURT:  And was this why you were talking to him

4   on a daily basis, talking to Senior on a daily basis?

5          THE WITNESS:  I heard -- J.P. told me this

6   information, and Fernando, Senior told me this information as

7   well.

8          THE COURT:  Right.  But I'm trying to get a

9   timeframe.  You were already at a point where you were talking

10  daily with Senior?

11         THE WITNESS:  Correct.  This is months before the --

12  maybe -- this is within six months of the -- our arrest.

13         THE COURT:  All right.

14  BY MS. GUTIERREZ:

15  Q     And after the Sheriff warned you about the feds looking at

16  Guerra, Senior, you in turn informed him as well, correct?

17  A     No.  I told J.P. and I told Jonathan.

18  Q     Okay.  The incident that occurred November 30th of 2012

19  regarding a black Humvee that you all were going to rip off,

20  that deal was -- did that deal, that tip, came from Guerra,

21  Senior?

22  A     I don't recall.  I don't know what you're talking about.

23  I'm sorry.

24  Q     Okay.  No problem.  Do you recall escorting -- do -- are

25  you telling the jury that you, yourself, did not participate in

Rodriguez - Direct / By Ms. Gutierrez                72

1    any operation where drugs were escorted?

2    A     Correct.  I was involved in one, but I didn't know what

3    was the sole purpose of the operation.  I didn't know that they

4    were escorting a load to get paid for it.

5    Q     Okay.  So then you were kind of an unwitting, unknowing

6    participant in the escort; is that correct?

7    A     Correct, on November 30th.

8    Q     Okay.  And that's what we're talking about.  And this is

9    where there was an escort done and it was -- the escort was

10   going to stop once the loaded vehicle passed the Sheriff's

11   Office, correct -- Hidalgo County Sheriff's Office?

12   A     Yes.  And that's where I was going to approach the house

13   where the dealer was going to be and spot the location where

14   the cocaine was going to get delivered.

15   Q     Oh, okay.  So that's the incident we talked about earlier?

16   A     Correct.

17   Q     Okay.  And so what you're saying is that you didn't -- you

18   were not made aware that it was an escort?

19   A     Correct.  I didn't -- I wasn't aware that they were making

20   money off of that as well.

21   Q     Okay.  And so because you -- well, you ended up escorting

22   that load without knowing, correct?

23   A     Well, they were escorting.  I was following from a very

24   back distance.  I wasn't really per se protecting it.  I was

25   just keeping my eyes on the vehicle, see where it was going to

Rodriguez - Direct / By Ms. Gutierrez                73

1   go to.

2   Q    Okay.

3   A    And Mr. Trevino was in the front of the loaded vehicle and

4   Alexis was behind the loaded vehicle.  And I was like maybe a

5   mile down.

6   Q    And they were in marked units?

7   A    Unmarked.

8   Q    Unmarked units.

9   A    Coming -- Mission unmarked, and I was in my unmarked

10  county vehicle.

11  Q    Okay.  And did those vehicles have lights and sirens and

12  all that?

13  A    Yes.  They're -- all of the units were equipped with

14  lights.  Just not Alexis.  He didn't have lights.

15  Q    Okay.  And when no -- when that was escorted, obviously it

16  was for protection, but was it clear that it -- there were law

17  enforcement vehicles?

18  A    Jonathan's is a white Tahoe.  If you pay close attention

19  to it, you can tell it's a police unit because you can see the

20  lights within the grill.

21  Q    Okay.

22  A    But you have to really pay attention to it.

23  Q    And I guess my question is this, they were escorting it,

24  but if they were just regular vehicles, where was the

25  protection?

Rodriguez - Direct / By Ms. Gutierrez          74

1   A    I would assume like if another officer would stop them,

2   like I say, would pull over and say, "Hey, we're watching this

3   load," or "We're not" -- that's the only thing that -- logical

4   thing that I can think of.

5   Q    Okay.  And you weren't ever talked -- you were never part

6   of any discussions where they -- the Panama Unit was planning

7   an escort of drugs?

8   A    No, ma'am.

9   Q    Okay.  In -- on December 11, we talked about how there was

10  that one deal the day before with some two kilos of cocaine, I

11  believe, that was sold to Guerra, Senior.  Isn't it true that

12  you received information from Guerra, Senior, Delta, regarding

13  one kilogram of cocaine that was at a drive-thru business?

14  A    Correct.

15  Q    Okay.  And you actually located two kilograms of cocaine.

16  A    There was more, but we had to turn some into evidence.

17  Q    Okay.  And so I'm a little confused because a little bit

18  earlier you -- I talked to you about the property on El Dora.

19  And so is that the same property?

20  A    No, ma'am.

21  Q    Okay.  So was there two deals done on December 11th?

22  A    No.  It was just one.

23  Q    So the deal -- or the operation that was conducted on the

24  property on El Dora Road --

25  A    That was back in July.  That was one of the first deals we

Rodriguez - Direct / By Ms. Gutierrez                75

1  did with Fernando, or I think the second one to be correct.  I

2  wasn't in the Panamas yet.

3  Q    Okay.  So I -- and that was my confusion.  I apologize.

4  Okay.  It looks like on December 11th, that's where you all

5  were going to steal some narcotics from a woman who was driving

6  with them in her vehicle.  Do you recall that?

7  A    Okay.  Yeah.  I'm getting confused with December 11th,

8  because I believe when we did the actual raid at the

9  convenience store, it ran into the midnight hours.

10 Q    Okay.  So then it could have been two operations done

11 within a 24-hour period, it just happened to land on two

12 different dates.

13 A    That is correct.

14 Q    Okay.  And one of the deals was the drive-thru where you

15 found more than two kilograms of cocaine but had to turn some

16 in for evidence.

17 A    Correct.

18 Q    And that -- those two kilograms of cocaine that came from

19 the drive-thru were sold to Guerra, Senior?

20 A    No.

21 Q    That was the tip that came from Guerra, Senior?

22 A    Correct.

23 Q    Okay.  So Guerra, Senior was involved in the beginning of

24 it, but it was -- it ended up being sold to someone else?

25 A    Yeah.  Sal Arguello sold the drugs because he was going to

Rodriguez - Direct / By Ms. Gutierrez                76

1    get more money.

2    Q    Okay.  In that case, how much money -- or were the

3    proceeds split with J.P. and Guerra, Senior?

4    A    They were left out on that deal.

5    Q    They weren't given anything?

6    A    Huh-uh.

7    Q    I bet that made them mad.

8    A    Well, we never got to experience it because the next day

9    we got arrested, so there was never any repercussion or

10   discussion or anything about it.  So I'm pretty sure we would

11   have -- something would have happened if that --

12   Q    Okay.  There was a -- there was one incident where, during

13   the raid -- there was a few incidents where when the Panama

14   Unit went -- arrived at the properties, either prior to their

15   arrival there was already a legitimate unit from one of the law

16   enforcement agencies, surrounding law enforcement agencies, or

17   that they would show up after, correct?

18   A    I don't -- can you rephrase the question, please?

19   Q    Yeah.  There were a couple -- a number of times when you,

20   the Panama Unit, showed up to a property to either initially

21   legitimately search the home, or for the purpose of stealing

22   the drugs from that home or property, where either legitimate

23   law enforcement patrol units showed up before you all arrived

24   or after you all arrived, correct?

25   A    There was one incident in McAllen, a tip that Fernando,

Rodriguez - Direct / By Ms. Gutierrez                77

1   Senior gave us, and Jonathan and Alexis were sitting on it,

2   like during surveillance.  While they're doing surveillance,

3   McAllen P. D. raided the location, and then they go in to

4   assist, and then later on -- I show up later on in the day and

5   we assisted with McAllen, but they didn't find anything at the

6   location.

7   Q   Wasn't there a time where DPS ended up conducting a

8   traffic stop on a vehicle that had drugs that you all were

9   waiting for?

10  A   That was a deal run by Fernando, Senior.  The Panamas were

11  not involved in that deal.

12  Q   Okay.  So how is it that -- weren't you involved in that

13  deal?

14  A   I was dealing -- I mean, I was assisting Fernando, talking

15  to him and stuff like that.  But no -- like it wasn't going to

16  be a rip or nothing like that.

17  Q   Okay.  But I -- or maybe I'm confused.  But I must -- I'm

18  thinking that that's the deal where some of the Panama Unit

19  members met up at the boots -- that boot store under the

20  butterfly -- well, I call it the butterfly, the overpass.

21  A   That was Fernando, Junior and another guy named "Bobby."

22  Q   Okay.

23  A   The Panamas were not involved in that deal whatsoever.

24  Q   Okay.  And so is that the same deal that I'm talking about

25  where the DPS officer stopped the -- conducted a legitimate

1   traffic stop?

2   A     It was a setup deal, like a sting, by some agency.

3   Q     Right.  So then there was some legitimate operation going

4   on that basically thwarted your all's efforts to rip them off,

5   correct?

6   A     No.

7   Q     Or the Guerras to rip them off?

8   A     The Guerra was going to get the cocaine from that

9   individual.  What he was going to do later maybe have us do a

10  staged raid at a house or something.  Well, no, but it wasn't

11  discussed.  But the Panamas weren't involved in that deal.

12  Q     Well, right.  But I guess at this point what I want to

13  know is, this wasn't your normal classic transaction where

14  Guerra, senior was going to buy some dope off somebody else.

15  He was planning to rip it off -- rip them off, correct?

16  A     I guess he was -- yeah.  He wasn't going to pay them or

17  say that the load fell or whatever.

18  Q     Okay.  But that was never able to be accomplished because

19  there was -- other law enforcement agencies were actually onto

20  the vehicle that had the drugs?

21  A     No.  It was a two-part delivery.  They were going to

22  deliver a certain amount, and later in the day they were going

23  to deliver the other amount.  One part of the deal got

24  delivered.  Fernando had it -- a guy pick it up, drive it to a

25  location, stash it in the house, then FBI along with DPS raided

Rodriguez - Direct / By Ms. Gutierrez                    79

1    the property but never found the cocaine.  And later, when

2    Fernando's guy goes back to look at the cocaine in the house,

3    he finds a hidden GPS inside the cocaine.  And from there, the

4    guy takes it out and throws it in some river or something like

5    that.  This is all according to Fernando, Senior.

6    Q    And how much cocaine?  This is several kilos --

7    A    I believe it was about 20 kilos.

8    Q    Okay.

9    A    But they were low counts of cocaine.  There wasn't

10   anything they could resell.  It was garbage.

11   Q    It was of poor quality.  Okay.  Maybe not even -- garbage

12   may be a better term, right?

13   A    Correct.

14   Q    Okay.  And so it was done away with, it was thrown away?

15   A    They threw it away.  There was nothing -- they couldn't

16   make no money off it.

17   Q    There were some incidents with the Panama Unit where they

18   were -- where things got out of hand and they created a mess,

19   correct?

20   A    Can you tell me an incident?  I'm not sure what you're

21   talking about.

22   Q    Well, where the Panama Unit was on -- would arrive to a

23   property and then have to -- there were other legitimate law

24   enforcement units that would show up and start asking questions

25   that the Panama Unit had to answer, correct?

Rodriguez - Direct / By Ms. Gutierrez          80

1   A     There was one incident, but this is a legitimate deal,

2   where it was me, Jonathan, and Alexis were watching a mail

3   pack.  Mail packs, usually you can see -- we -- that's -- we

4   would work those a lot.

5   Q     And just for clarification for the jury, a mail pack is

6   when you go and send off mail, which is different than the post

7   office?

8   A     Correct.

9   Q     Okay.

10  A     It was actually in the Office Depot on Tenth Street.

11  Q     Okay.

12  A     And we were doing surveillance there and we see two guys

13  make a transaction, like exchange what looked -- appeared to be

14  dope.  And we pursued the vehicle from the Home Depot to behind

15  to the resident area, and we turn our lights or whatever and

16  we're calling it in, but it just happened so fast that he

17  pulled into a residence, the driver of the van, and he runs in

18  and we get off and we run and chase him and I go into the house

19  and we retrieve the suspect and we detain him.  We found a

20  small amount of marijuana, arresting him.  And within the

21  transaction, McAllen P. D. shows up because, of course, we're

22  in an unmarked unit and we weren't in uniform.  And somebody

23  called in, another neighbor or whatever, that we were pseudo

24  cops or what not.  And they got up -- they got there and they

25  ID'd us, everything got clarified, McAllen P. D. left, the guy

Rodriguez - Direct / By Ms. Gutierrez                81

1   got processed, and that was a legitimate deal.

2   Q    Okay.  And the drugs weren't stolen.  They were actually

3   turned in as evidence?

4   A    Correct.

5   Q    And was that the McAllen P. D.?

6   A    McAllen P. D. was there, but we submitted that case

7   through Mission P. D.

8   Q    Okay.  So then --

9   A    We made the arrest.

10  Q    Okay.  You make the arrest and you had the opportunity to

11  steal that -- to steal if you chose to, but you didn't choose

12  to do that.

13  A    No.  We didn't steal it.

14  Q    And partly was because there was other law enforcement

15  that was witness to --

16  A    We were working an operation.  We weren't there to -- that

17  day we were working.

18  Q    Okay.

19  A    Every day we worked.  And if -- like I told you, if there

20  was a chance to do something, we would.  But we were still

21  working legitimately during the time we were rogue.

22  Q    Right.  But what I'm saying is that even though you were

23  legitimately working, the fact that there was another

24  legitimate agency officer there who witnessed what happened

25  would prevent you from being able to cover it up if you stole

1  it, correct?

2  A    They weren't into how much drugs were recovered.  I mean,

3  they were just to see that we weren't pseudo cops, that we were

4  doing our jobs, and they left.

5  Q    Okay.  So once they were informed that you guys -- or were

6  convinced that you guys were legitimate cops and you were the

7  Panama Unit, they were just, "All right," and leave the area?

8  A    Correct.

9  Q    Okay.  There was an incident where in September, on

10  September 18th, 2012, where Guerra, Senior provided you with a

11  tip and you picked him up at the corner of Raul Longoria and FM

12  495 in San Juan.  Do you recall that?

13  A    Okay.  That is the -- yeah.  The operation you're talking

14  about with the boots and all that stuff.

15  Q    Okay.  That's the one where there was -- it was going to

16  be a two-part delivery?

17  A    Correct.

18  Q    Okay.  J.P. Flores was present at times when you would

19  take the drugs to Guerra, Senior, correct?

20  A    Correct.

21  Q    Did you ever do any illegal dealings with Julio Davila?

22  A    No, ma'am.

23  Q    But you knew Julio Davila?

24  A    Correct.

25  Q    And you met Julio Davila through J.P.?

Rodriguez - Direct / By Ms. Gutierrez          83

1    A    I already knew him before that.

2    Q    Oh.  You knew him before that.  Was he someone that was a

3    contributor in your political relationships?

4    A    Correct.

5    Q    So he contributed through you, too?

6    A    Never to me, no.

7    Q    Well, through you.

8    A    No.  Through J.P. and whoever, but I never dealt with him

9    as for donations and stuff like that.  Well, you know what, I'm

10   wrong.  He did one time rent a tent for us during the primary

11   election for Sheriff Lupe Trevino.  And he -- I asked him for

12   the favor and he did it for me.

13   Q    Okay.  Can you tell me about an incident where there was a

14   source of information for some drugs, and it turns out that the

15   Panama Unit had already ripped that person off, so Jonathan

16   became scared and thought he was being set up?  Do you recall

17   that?

18   A    I might, but you need to give me more information.

19   Q    Okay.  Do you recall any incident where you ended up

20   thinking you were getting a tip from someone who ended up being

21   ripped -- who it turns out had been ripped off by the Panama

22   Unit?

23   A    I don't -- can you rephrase it?

24   Q    Okay.  You all worked with sources with tips, right?

25   A    Correct.

Rodriguez - Direct / By Ms. Gutierrez                84

1  Q    And sometimes, in order to get that information, you --

2  the members of the Panama Unit would be in contact with that

3  source, correct?

4  A    Correct.

5  Q    And do you recall an incident where -- that one of the

6  sources -- maybe not through you -- but one of the sources

7  ended up being an individual who the Panama Unit had previously

8  ripped off dope from?

9  A    There was an incident that we went to raid a house, and it

10 happened to be Sal Arguello's contact that Jonathan would sell

11 drugs to.

12 Q    Okay.  And that created some problems for the Panama Unit,

13 correct?

14 A    We had to leave, yes.

15 Q    Okay.  And didn't it create some problems further on down

16 the line, like with --

17         THE COURT:  Wait.  I'm -- what do you mean, you had

18 to leave?  You've --

19         THE WITNESS:  The search had to stop because Sal

20 Arguello called Jonathan saying, "Hey, that's our guy,

21 remember?  You have sold him cocaine before," and what not.

22 "So what are you doing there?"  And he's like, "Okay," and he

23 got scared and backed off and left.

24         THE COURT:  All right.  But you were there at that

25 raid yourself?

Rodriguez - Direct / By Ms. Gutierrez                85

1          **THE WITNESS:**  I was -- I didn't go inside the house

2     or anything.  I was with -- what happened that deal, we raided

3     a shop.  That shop we got the -- we got some marijuana, but it

4     was not that much.  We flipped that guy, and that guy led us to

5     that house, and I was with the source waiting.  But that was a

6     legitimate operation.

7          **THE COURT:**  All right.  You may proceed.

8     **BY MS. GUTIERREZ:**

9     Q    The -- and so then you all left and nothing else came from

10    that?

11    A    Correct.

12    Q    You stated how you and -- had a relationship with Guerra,

13    Senior and J.P. -- through J.P. over a period of time.  You

14    guys were pretty close, you spoke daily.  The Guerras were

15    contributors to the Sheriff's campaign, right?

16    A    Correct.

17    Q    Okay.  And they were substantial contributors.  They

18    helped out whenever they were asked, correct?

19    A    Correct.  They supplied trailers and money and different

20    other things.

21    Q    Okay.  And because of that, they received favor from the

22    Hidalgo County Sheriff's Office, correct?

23    A    Correct.

24    Q    Okay.  And you would -- because of that, you would -- if

25    they needed -- whatever they needed, you guys were pretty much

Rodriguez - Direct / By Ms. Gutierrez          86

1   at their disposal, correct?

2   A    Yes.  But he would go through J.P.  I would hear or I

3   would see them talking about things or what not, but Fernando

4   would go to J.P. before he would come to me with anything.

5   Q    And I'm not talking about illegal activity right now.  I'm

6   talking just about legitimate stuff that the Hidalgo County

7   Sheriff's Office does.  For example, patrolling an area.  You -

8   - if Guerra, Senior requested patrolling his area, his shop, or

9   his home, that was something that was provided to him, correct?

10  A    I never -- I was never informed of that, no.  If he asked

11  for something, usually for something illegal, and not really

12  just to call you and say, "Can you come past my house?"

13  Q    Right.  And I understand that.  But the fact that he was

14  provided with the resources to do the illegal stuff -- I mean,

15  maybe -- hold on.  My question might be confusing, so let me

16  rephrase it.  Isn't it true that you would also --

17          **MR. STURGIS:**  Judge, I need to object to leading.

18  It's her witness.

19          **THE COURT:**  Well, he's an adverse witness arguably.

20  Well, state your question --

21          **MS. GUTIERREZ:**  Yes.

22          **THE COURT:**  -- and we'll see.

23  BY MS. GUTIERREZ:

24  Q    The -- you wouldn't only do illegal things with Guerra,

25  Senior, correct?

Rodriguez - Direct / By Ms. Gutierrez              87

1   A    That's the only time he would call, like for us to go when

2   -- once we started having that relationship.

3   Q    Okay.  And like -- illegal things like what?  He would

4   call for what illegal things?

5   A    To run license plates for -- like J.P. run license plates.

6   "Can you all come look at this car?  It looks like a fed."

7   Like, "Come past it, look, check it out and you verify."  Or,

8   "Do you know this vehicle?  Is it one of you all's guys?  I

9   mean, I saw a unit over here.  Is there any -- everything

10  okay?"  Stuff like that, information stuff.

11  Q    Okay.  And that is what I'm talking about.  And I guess

12  the distinction is that the actual act that you were doing

13  wasn't illegal in itself.  It wasn't, "Hey, come and get some

14  drugs and move them."  Okay.  I'm talking about going and

15  checking on a vehicle that he thought was either a fed or

16  suspicious in itself wasn't an illegal act, correct?

17  A    If we're law enforcement, we're running a license plate

18  we're not supposed to be running.

19  Q    Well, right.  But if he says, "Can you see if this car --

20  there's a suspicious car, can you look at it," that act in

21  itself isn't illegal, correct?

22  A    Depends.  If it's not in the Texas Penal Code or anything

23  like that, but really it's unethical.

24  Q    Okay.  Well, it's unethical.  But the Hidalgo County

25  Sheriff's Office responds to citizens' calls if they say,

Rodriguez - Direct / By Ms. Gutierrez                88

1   "Well, I've seen something suspicious," and they go out and

2   check it out, correct?

3   A    Yes.  But they don't call the Sheriff's Office, not a

4   deputy to their cell phone or what not.

5   Q    Well, no.  Right.  I understand that.  I'm simply talking

6   about the act itself.  Okay?  And so some of those things --

7   some acts were provided -- or some action was provided for

8   Guerra, Senior that itself -- in it -- by itself was not

9   criminal, correct?

10  A    I don't understand what she's trying --

11          **MS. GUTIERREZ:**  That's okay.

12          **THE COURT:**  Let's move on.

13          **MS. GUTIERREZ:**  That's fine, yeah.

14  **BY MS. GUTIERREZ:**

15  Q    During any of your dealings with the Panama Unit,

16  Mr. Jorge Garza, who's sitting here to my right, was never

17  involved, correct?

18  A    With the actual unit, no.  But I know he would help out

19  J.P. on some things, but I'm not sure what.

20  Q    Okay.  And this information you found out from J.P.,

21  correct?

22  A    J.P., correct.

23  Q    Okay.  You never witnessed Jorge Garza helping J.P. do

24  anything, correct?

25  A    Like actually seeing him in person?

Rodriguez - Direct / By Ms. Gutierrez                    89

1   Q    Yeah.  You --

2   A    No.  I would see other things, but not seeing him in

3   person, no.

4   Q    Okay.  When you say you would see other things, what are

5   you talking about?

6   A    There was a time that J.P. called Mr. Garza to the office

7   and he handed him some money that Nandy had sent him for doing

8   a -- some job, but I don't know exactly what the job was for.

9   Q    Okay.  So you don't have any information as to what that

10  would have been about?

11  A    No.

12  Q    Okay.

13           THE COURT:  And remind me, Nandy is?

14           MS. GUTIERREZ:  Julio Davila.

15           THE COURT:  Davila.

16           THE WITNESS:  As far as --

17  BY MS. GUTIERREZ:

18  Q    Okay.  But with respect to being around drugs or around

19  Guerra, Senior, you never saw Mr. Garza around either drugs or

20  Mr. Guerra, Senior, correct?

21  A    No.  I don't recall.  Well, yes.  I saw him around -- we

22  had a party one time at Julio Davila's house and Fernando

23  Guerra was there -- Senior -- and I was there as well.  J.P.

24  was there, Nandy was there, and Mr. Garza was there as well.

25  Q    So it was a party with just you four or five people?

Rodriguez - Cross / By Mr. Sturgis                90

1   A     And there was other people there.

2   Q     Okay.  So it was a party.

3   A     It was a party.

4   Q     Okay.  So you were at a social function where you saw

5   Mr. Garza.

6   A     Yes.

7   Q     Okay.

8          **MS. GUTIERREZ:**  I pass the witness, your Honor.

9          **THE COURT:**  All right.  Cross -- or examination?  I

10  don't know if you call it cross or direct, but you may proceed.

11         **MR. STURGIS:**  Thank you, your Honor.

12                       **CROSS EXAMINATION**

13  **BY MR. STURGIS:**

14  Q     Mr. Rodriguez, you testified about the stuff that you did,

15  the illegal activity, the narcotics activities with Mr. Flores

16  and Mr. Guerra, Senior, Mr. Guerra, Junior, the members of

17  Panama, correct?

18  A     Correct, sir.

19  Q     And there were a number of those deals --

20  A     Correct.

21  Q     -- as you've described, up until your arrest on December

22  the 12th of 2012?

23  A     That is correct, sir.

24  Q     Which occurred along the same lines with that female that

25  you discussed on the November 30th thing with the escort?

Rodriguez - Cross / By Mr. Sturgis                    91

1   A     Correct, sir.

2   Q     During that entire time that you were involved, did you

3   ever do any fake traffic stops where you turned on your lights

4   and acted like you were going to pull over a vehicle on behalf

5   of Mr. Guerra, and then turn your lights off after people

6   passed by?

7   A     No, sir.  I was approached one time by J.P. to do a stop

8   at a -- in front of a residence to scare some people, but I

9   personally didn't go, and I called -- he asked me -- I couldn't

10  get out of the office, so at that time, he says, "Can you call

11  Gerardo Duran?"  I called Gerardo Duran, but this is way prior

12  before we went rogue and I was kind of like scared.  "No.  I

13  don't want to do it."  And then J.P. just tells me, "Don't

14  worry about it.  I'm going to get Jorge to do it."  He was,

15  "Don't worry about it."  And I don't remember what happened

16  after that with that deal.

17  Q     Okay.  So you never performed one.

18  A     No, sir.

19  Q     You never organized one.

20  A     No, sir.

21  Q     Do you know today that those events were happening where

22  the Guerras were ripping off marijuana from other individuals

23  and using fake scenario traffic stops --

24  A     Yes.

25  Q     -- to recover it?

1    A    Yes, sir.

2    Q    Did you know that was happening prior to your arrest on

3    December 12th of 2012?

4    A    Yes, sir.

5    Q    How did you know that was happening?

6    A    Because Mr. Guerra would say that he was doing illegal

7    activity with Davila, and they would do traffic stops, they

8    would get other law enforcement -- they would make -- Ms. Aida

9    Palacios would make fake paperwork for them.  I've heard this

10   from J.P. and from Fernando.

11   Q    Okay.  You were never involved in that?

12   A    No, sir.

13   Q    You never used your white Expedition to perform any fake

14   traffic stops?

15   A    No, sir.

16   Q    Did you ever use your white Expedition to help the Guerras

17   do fake traffic stops on Jesus Flores Road (phonetic)?

18   A    No, sir.

19   Q    You do admit that you did all those illegal activities

20   with the -- those people, the Guerras, Panama, aside from any

21   fake traffic stops?

22   A    Correct.  The only traffic I did for -- with the Guerras,

23   but it wasn't really -- it was more a response when he got in

24   that shooting -- when he shot at that vehicle while leaving his

25   shop that one time.

Rodriguez - Redirect / By Ms. Gutierrez          93

1    Q    Correct.  But that wasn't a fake traffic stop.

2    A    No, sir.  That was working hours.

3    Q    And that had nothing to do with covering up drugs.

4    A    No, sir.

5    Q    That was more another one of those instances of people

6    harassing him?

7    A    Correct.

8    Q    Did you ever discuss any of your -- up until today, have

9    you ever discussed any of your illegal activities with the

10   Guerras, Panama, anything, with Mr. Garza?

11   A    No, sir.

12   Q    And vice versa?

13   A    Correct.

14   Q    He's never discussed any --

15   A    No, sir.

16   Q    -- of that with you?

17          **MR. STURGIS:**  I'll pass the witness, your Honor.

18          **THE COURT:**  All right.  Any redirect?

19          **MS. GUTIERREZ:**  Yes, your Honor.  Just a few.

20                    **REDIRECT EXAMINATION**

21   BY MS. GUTIERREZ:

22   Q    You just said something about Guerra, Senior being shot.

23   A    No.  He shot at a vehicle.

24   Q    Guerra, Senior shot at a vehicle.  Oh, okay.  And so he --

25   when you're talking about someone was harassing him, it was

1   that he shot at someone who was harassing him?

2   A    I don't know the whole -- what had actually happened, but

3   it was more of a -- somebody was doing donuts on his property

4   and he thought it was -- the guy was there to harm him.  And

5   out of retaliation, he shot at the vehicle.

6   Q    He wasn't arrested, correct?

7   A    Yes.  He was arrested by Edinburg P. D.  I witnessed the

8   arrest.

9   Q    Guerra, Senior?

10  A    Yes.

11  Q    And was he prosecuted?

12  A    I'm not sure.  I never found out what happened.

13           **MS. GUTIERREZ:**  I have no further questions, your

14  Honor.

15           **THE COURT:**  All right.  Anything else?

16           **MR. STURGIS:**  Nothing further.

17           **THE COURT:**  All right.  Thank you for being here,

18  Mr. Rodriguez.  You're excused at this time.

19       **(Witness excused)**

20       **(Transcription concluded at 11:14:15 a.m.; proceeding**

21  **continued)**

22

23

24

25

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


_____                    <u>October 18, 2013</u>

         Signed                                        Dated



*TONI HUDSON, TRANSCRIBER*