UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-2 |
| | § | |
| ALEXIS RIGOBERTO ESPINOZA, | § | |

**ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant's request to attend a party on October 31, 2013 is DENIED. The Court has previously granted seven requests to modify conditions of release. These requests are a burden to the Court and should be reserved for significant and serious matters, e.g., attending a funeral, employment related travel, attending a child's graduation. Counsel for defendant is advised not to file any additional requests for shopping trips, dining out, Halloween parties, or any other trivial matter.

SO ORDERED this 30th day of October, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge

1 / 1