UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-3 |
| | § | |
| FABIAN RODRIGUEZ | § | |

**O R D E R**

The foregoing Motion Requesting Permission to Travel [Doc. No. 438], having been presented to the Court, and the Court having considered same, it is hereby ORDERED the same be and is hereby GRANTED, and Defendant Rodriguez is allowed to travel to 14147 Benito A. Ramirez Road, Edcouch, Texas, for Thanksgiving Day from 2:00 p.m. to 8:00 p.m.. Defendant is also allowed to travel to San Antonio, Texas, to attend a family wedding leaving on November 29, 2013 at 8:00 a.m. and returning on Sunday, December 2, 2013 at 8:00 p.m.

SO ORDERED this 20th day of November, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge