UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-9 |
| | § | |
| CLAUDIO ALBERTO MATA | § | |

## ORDER

Came on to be considered Defendant Mata's Motion To Modify Conditions of Bond [Doc. No. 448], and the Court having considered the same finds that said Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Mata's Motion To Modify Conditions of Bond is granted, and that the Defendant is herein allowed to travel to Cypress, Texas, on November 27, 2013, and to return on November 30, 2013.

SO ORDERED this 27th day of November, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge