UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-4 |
| | § | |
| GERARDO MENDOZA-DURAN | § | |

### ORDER DENYING MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE/BOND

Defendant Mendoza-Duran's Motion to Amend Conditions of Pretrial Release/Bond [Doc. No. 435], having been presented to the Court, it is hereby ORDERED that the relief requested in said motion is DENIED as the request is simply too vague and indefinite as to the specific relief requested. However, the Court has advised Pre-trial Services Officer Morin to permit the Defendant to leave his residence for any reasonable period of time for the purpose of running personal errands, grocery shopping, banking and other matters necessary to place the Defendant's affairs in order in preparation for a term of imprisonment. The Defendant is also permitted to leave his home to spend up to an additional 3 hours with his son on any one evening of each week between Monday and Thursday.

SO ORDERED this 4th day of December, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge