UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL No. 7:13-CR-70-09 |
| CLAUDIO ALBERTO MATA | § | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your Unopposed MOTION to Modify Conditions of Release to attend Christmas gathering (D.E. #451); however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ☐ Document is not signed. (L.R.11.3)
2. ☐ Document does not comply with L.R.11.3.A
3. ☐ Caption of the document is incomplete. (L.R.10.1)
4. ☐ No certificate of service or explanation why service is not required. (Cr.L.R.12.4)
5. ✗ Motion does not comply with Cr. L.R.12.2.
    a. ✗ No statement of non-opposition. (Cr.L.R.12.2.)
    b. ✗ No statement of conference between counsel. (Cr.L.R.12.2)
    c. ☐ No separate proposed order attached. (Cr.L.R.12.2.)
6. ☒ Other _Must include statement as to approval of Pre-trial._

The document is stricken from the record.

Signed on this 11th Day of December, 2013 at McAllen, Texas.

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE

Rev (1/10)