UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. M-13-70-S2 |
| | § | |
| GERARDO MENDOZA-DURAN | § | |

## SUPPLEMENTAL CERTIFICATE OF CONFERENCE

COMES NOW, Derek Harkrider, Attorney for Gerardo Mendoza-Duran, and files this Supplemental Certificate of Conference and Defendant hereby represents to the Court the following:

On December 11, 2013, the Defendant filed a Motion for Continuance of Sentencing which is currently set for December 19, 2013. Since filing the motion, Defendant's counsel has consulted with the following attorneys regarding the Motion for Continuance of Sentencing:

**UNOPPOSED:**

| | |
|---|---|
| Eric Jarvis | Fabian Rodriguez |
| Robert Yzaguirre | Johnathan Christian Trevino |
| Richard Garcia | Fernando Guerra, Sr. |
| Al Alvarez | Alexis Rigoberto Espinoza |
| Lori Gruver | Various Districts - Property Forfeiture |
| Carlos Garcia | James Phil Flores |
| Lily Gutierrez | Jorge Garza |
| David Gorena | Fernando Guerra, Jr. |
| Arnulfo Guerra, Jr. | Fernando Guerra, Sr. |
| Pat Nitsch, Jr. | Salvador Joel Arguello |
| Santos Maldonado | Fernando Guerra, Sr. |

**UNABLE TO CONTACT:**

| | |
|---|---|
| Ricardo Salinas | Alvaro Gilberto DeHoyos |
| Armando Cavada | Claudio Alberto Mata |
| Oscar Alvarez | Eric Michael Alcantar |

Respectfully Submitted,

5401 Chimney Rock Rd., #832
Houston, Texas 77081
(956) 926-9550 Telephone
(956) 318-0877 Facsimile

By  s/ Derek M. Harkrider
DEREK M. HARKRIDER
State Bar No. 24000601
*Attorney for Defendant*, Gerardo Mendoza-Duran

## CERTIFICATE OF SERVICE

I, DEREK M. HARKRIDER, hereby certify that a true and correct copy of the foregoing document was forwarded on December 12, 2013 to all attorneys of record via electronic delivery.

/s/  Derek M. Harkrider

Derek M. Harkrider