UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-8 |
| | § | |
| SALVADOR JOEL ARGUELLO | § | |

**ORDER**

This matter, having come before the Court on Defendant Salvador Joel Arguello's Motion to Modify Conditions of Release [Doc. No. 486], and for good cause show, it is hereby **ORDERED** that:

1. Defendant is hereby allowed to travel within the Edinburg and McAllen, Texas areas between 10:00 A.M. and 10:00 P.M. on February 15 and 16, 2014, for the limited purpose of attending his son's basketball game, attending his wife's birthday dinner, and attending his wife's bowling party. The Defendant is also permitted to travel during this time to finalize his affairs as he is likely to be taken into custody at his sentencing hearing on February 20, 2013.

2. Defendant is to be monitored at the discretion of his Pretrial Services Officer for compliance with all conditions of his pretrial release in whatever form the Pretrial Services Officer deems appropriate.

3. All other conditions of his pretrial release remain in effect

SO ORDERED this 12th day of February, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge