UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-70-3 |
| | § | |
| FABIAN RODRIGUEZ | § | |

### ORDER ON MOTION FOR LEAVE TO FILE DEFENDANT'S LATE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

Came on to be considered Defendant Rodriguez's, Motion For Leave to File Defendant's Late Objections to Pre-sentence Investigation Report [Doc. No. 536], and the Court is of the opinion that it should be granted.

It is, THEREFORE, ORDERED and DECREED that the Motion For Leave to File Defendant's Late Objections to Pre-sentence Investigation Report is hereby GRANTED, and the Clerk shall file the objections tendered with the Motion for Leave.

SO ORDERED this 28th day of April, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge

1 / 1