UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:13-CR-70-5 & 6 |
| § | |
| FERNANDO GUERRA, SR. and § | |
| FERNANDO GUERRA, JR § | |

**FINAL ORDER OF FORFEITURE**

Pending before the Court is a Motion for Final Order of Forfeiture filed by the United States and Defendants, Fernando Guerra Sr. and Fernando Guerra Jr. Having considered the motion and all matters filed herein, the Court GRANTS said motion and makes the following findings:

1.) On April 3, 2013, a superseding criminal indictment was returned by a federal grand jury in the Southern District of Texas, McAllen Division charging the defendants with conspiracy to possess with intent to distribute cocaine and with possession with intent to distribute.

2.) The superseding indictment included a Notice of Forfeiture pursuant to Title 21, United States Code, Section 853, in which the United States gave notice to the Defendants that it sought the forfeiture of the real properties legally described as:

    A.    1002 Sunrise Street, Edinburg, Texas; legally described as Lot Two (2), Vista Bonita Subdivision No. 10, Hidalgo County, Texas, according to the map thereof recorded in Volume 33, Page 50, Map Records of Hidalgo County, Texas; and

    B.    FM 1017, Edinburg, Texas; legally described as LOT No. 45, FOUNTAIN SUBDIVISION, Hidalgo County, Texas, according to the map thereof recorded in Volume 9, pages 59 and 60, according to Map Records of Hidalgo County, Texas; and

    C.    Rural Ranch on CR 15 in Willacy county, Texas; legally described as 1 acre of the East 20 Acres [E. 20 AC.] of lot Nine [9], Block Fourteen [14], Missouri-

        Texas Land and Irrigation Company's Subdivision, Willacy County, Texas, according to Map thereof recorded in Volume 1, Page 29, Map Records, Hidalgo County, Texas, and being the same property conveyed to Ralph Christian by Deed recorded in Volume 54, Page 506, Deed Records, Willacy County, Texas; and

D.    Rural Ranch on CR 15 in Willacy County, Texas; legally described as 17.650 acres out of the West Twenty Acres [W. 20 AC.] of lot Nine [9], Block Fourteen [14], Missouri-Texas Land and Irrigation Company's Subdivision, Willacy County, Texas, according to Map thereof recorded in Volume 1, Page 29, Map Records, Hidalgo County, Texas, and being the same property conveyed to Ralph Christian by Deed recorded in Volume 54, Page 506, Deed Records, Willacy County, Texas; and

E.    All of Lot 401, BRENDA RANCHETTES, Hidalgo County, Texas, according to the map recorded in Volume 39, Page 60, Map Records, Hidalgo County, Texas; and

F.    Lot #1 and 2, Pueblo de Palmas, Phase II, Hidalgo County, Texas, according to the Map or Plat thereof recorded in volume 52, Pages 77-79, of the Map Records of Hidalgo County, Texas; and

G.    Lot Eighty-Three (83), VICTORIA HEIGHTS SUBDIVISION PHASE III, an addition to the City of Edinburg, Hidalgo County, Texas, according to map thereof recorded in Volume 41, Pages 45 and 46, Map Records of Hidalgo County, Texas

3.)    Defendant, FERNANDO GUERRA, SR. pled guilty to Count One of the Superseding Indictment charging him with conspiracy to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A). Dkt. No. 293.

4.)    Defendant, FERNANDO GUERRA, JR. pled guilty to Count One of the Superseding Indictment charging him with conspiracy to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A). Dkt. No. 294.

5.)    Willacy County, Texas, Willacy County Hospital District, Willacy County Navigation District, Willacy County Road and Bridge, Willacy County Emergency Service District, Lasara

SO ORDERED this 2nd day of May, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge